UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DREW DIXON,

      Plaintiff,

v.

ANTONIO MARQUIS "L.A." REID,

      Defendant.

_____ /

Case No.: 1:23-cv-09878-VEC

## NOTICE OF FILING PROOF OF DISTRIBUTION OF NOTICE OF INITIAL PRETRIAL CONFERENCE TO DEFENDANT

Pursuant to the Notice of Initial Pretrial Conference (Dkt. 6) ("Notice") and section 3.A of the Court's Individual Practices in Civil Cases, Plaintiff hereby respectfully submits that on December 3, 2023, Plaintiff's counsel distributed the Notice to Defendant's counsel. *See* Exhibit A, Email.

Dated: December 7, 2023

Respectfully submitted,

/s/ Kenya K. Davis

Kenya K. Davis (NY Bar #4162483)
Boies Schiller Flexner LLP
1401 New York Ave., NW
Washington, DC 20005
(202) 237-9608
kdavis@bsfllp.com

Sigrid S. McCawley (NY Bar # 6051460)
Daniel J. Crispino (*pro hac vice* pending)
BOIES SCHILLER FLEXNER LLP
401 E. Las Olas Blvd., Suite 1200

Fort Lauderdale, FL 33301
(954) 356-0011
smccawley@bsfllp.com
dcrispino@bsfllp.com

2