UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
DREW DIXON,

                        Plaintiff,

    -v.-

ANTONIO MARQUIS "L.A." REID,

                        Defendant.
-------------------------------------------------------x

**NOTICE OF APPEARANCE**

23-cv-9878 (VEC)

To the Clerk of this Court and all parties of record:

    PLEASE TAKE NOTICE that the undersigned, BOBBI C. STERNHEIM, ESQ., an attorney admitted to practice before this Court, hereby appears as counsel for Defendant Antonio Marquis "L.A." Reid in the above-captioned case.

Dated: January 2, 2024

*Bobbi C. Sternheim*

BOBBI C. STERNHEIM, ESQ.
Law Offices of Bobbi C. Sternheim
225 Broadway – Suite 715
New York, NY 10007
212-243-1100
bcsternheim@mac.com