# LAW OFFICES OF BOBBI C. STERNHEIM

212-243-1100 • Main  
917-912-9698 • Cell  
888-587-4737 • Fax

225 Broadway, Suite 715  
New York, NY 10007  
bcsternheim@mac.com

January 2, 2024

Honorable Valerie E. Caproni  
United States District Judge  
United States Courthouse  
40 Foley Square  
New York, NY 10007

Re: *Dixon v. Reid*  
23-cv- 9878 (VEC)

Dear Judge Caproni:

I was recently retained as New York counsel for defendant Antonio Marquis "L.A." Reid in the above-referenced case. Co-counsel Shawn Holley, Esq., Mr. Reid's attorney in California, where he resides, will be submitting a motion to appear *pro hac vice*.

Pursuant to Rule 2.C. of the Your Honor's Individual Rules, I write to inform the Court that counsel for Plaintiff have agreed to an extension of time until January 8, 2024, for defendant to file a response to the Complaint in this case. The requested extension will not interfere with the Court's directive that the parties file a joint letter on January 4, 2024, in advance of a pretrial conference scheduled for January 12, 2024.

This is defendant's first request for an extension of time. Your consideration of this request is greatly appreciated.

Best wishes for the New Year.

Very truly yours,

*Bobbi C. Sternheim*  
BOBBI C. STERNHEIM

cc: All Counsel (via ECF and email)  
    Kenya K. Davis, Esq  
    Sigrid S. McCawley, Esq.  
    Daniel J. Crispino. Esq.  
    Shawn Holley, Esq.