USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/8/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
DREW DIXON,                                     :
                                                :              ORDER
                              Plaintiff,        :
                                                :           23-CV-9878 (VEC)
                 -against-                       :
                                                :
ANTONIO MARQUIS L.A. REID,                      :
                              Defendant.         :
-------------------------------------------------------------

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties emailed the Court regarding the Undersigned's Rule requiring a

teleconference before filing a Motion to Strike.

IT IS HEREBY ORDERED that the parties appear before the Court telephonically on

**Monday, January 8, 2024** at **11:00 A.M.**  All parties must attend by dialing 1-888-363-4749,

using the access code 3121171, and the security code 9878. All attendees are advised to mute

their phones when not speaking and to self-identify each time they speak. Recording or

rebroadcasting the proceeding is strictly prohibited by law.


**SO ORDERED.**

**Date:  January 8, 2024**                      **VALERIE CAPRONI**
**        New York, New York**                  **United States District Judge**