```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/8/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DREW DIXON,

                      Plaintiff,

-against-

ANTONIO MARQUIS L.A. REID,

                      Defendant.
-----------------------------------------------------------------X

**ORDER SCHEDULING TELEPHONE CONFERENCE**

23-CV-09878 (VEC)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This case has been referred to me for settlement purposes. (ECF No. 20). A telephonic conference is scheduled on **Monday, February 5, 2024 at 4:30 p.m.** in advance of a settlement conference. The parties are directed to review my Individual Practices in Civil Cases at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call. At the scheduled time, counsel for the parties shall dial the Court's conference line at **(866) 434-5269, Access code: 4858267**.

      SO ORDERED.

Dated: January 8, 2024
       New York, New York

                                        _____
                                        KATHARINE H. PARKER
                                        United States Magistrate Judge