

Kenya K. Davis<br>
Telephone: (202) 237-9608<br>
Email: kdavis@bsfllp.com

January 18, 2024

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

    Re: *Drew Dixon v. Antonio Marquis "L.A." Reid*, 1:23-cv-09878-VEC

Dear Judge Caproni:

  On behalf of Plaintiff Drew Dixon, I write to seek leave from the "in-person" requirement set forth in the Court's January 8, 2024, Civil Case Management Plan and Scheduling Order (Dkt. 21) at section 5(c), which states that "[w]ithin two weeks of the date of entry of this Scheduling Order, the parties shall meet and confer in person to agree upon a joint plan for meeting the discovery deadlines." Plaintiff's counsel has conferred with Defendant's counsel, who has advised of her availability to meet and confer via Zoom on January 21, 2024. Neither party objects to holding the meet-and-confer via Zoom.

  Accordingly, Plaintiff respectfully asks the Court for leave from the "in-person" requirement at Dkt. 21, section 5(c), and for permission for the parties to hold the required meet-and-confer via Zoom.

                Respectfully submitted,

                **BOIES SCHILLER FLEXNER LLP**

                */s/ Kenya K. Davis*
                Kenya K. Davis

                *Counsel for Plaintiff Drew Dixon*

cc: Counsel of Record (via ECF)

BOIES SCHILLER FLEXNER LLP

1401 New York Avenue NW, Washington, DC 20005 | (t) 202 237 2727 | (f) 202 237 6131 | www.bsfllp.com