UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
DREW DIXON,

                         Plaintiff,                    NOTICE OF APPEARANCE

      -v.-                                               23-cv-9878 (VEC)

ANTONIO MARQUIS "L.A." REID,

                        Defendant.
-------------------------------------------------------x

To the Clerk of this Court and all parties of record:

      PLEASE TAKE NOTICE that the undersigned, KATE E. MANGELS, ESQ., an attorney admitted to practice before this Court *pro hac vice*, hereby appears as counsel for Defendant Antonio Marquis "L.A." Reid in the above-captioned case.

Dated: March 6, 2024

                                                 /s/_____
                                                 KATE E. MANGELS, ESQ.
                                                 Kinsella Holley Iser Kump Steinsapir, LLP
                                                 11766 Wilshire Blvd
                                                 Suite 750
                                                 Los Angeles, CA 90025
                                                 310-556-9853
                                                 kmangels@khiks.com