USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/7/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------X
DREW DIXON,                                                   :
                                                              :      ORDER
                                      Plaintiff,              :
                                                              :      23-CV-9878 (VEC)
              -against-                                       :
                                                              :
ANTONIO MARQUIS L.A. REID,                                    :
                                                              :
                                      Defendant.              :
-------------------------------------------------------------
```

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties called the Court pursuant to the Undersigned's Individual Practices Rule 3(B) regarding a discovery dispute related to subpoenas.

IT IS HEREBY ORDERED that the parties must meet and confer with the employers that have been subpoenaed to ascertain the contents of the personnel files that are subject to Plaintiff's subpoenas and must meet and confer with each other to ascertain the contents of the files that (a) Plaintiff is seeking as part of the discovery in this action; and (b) Defendant objects to production.

IT IS FURTHER ORDERED that the return date for the third-party subpoenas is extended to March 21, 2024.

IT IS FURTHER ORDERED that, given the parties' agreement that a protective order is appropriate in this case, they make every effort to complete their discussions regarding the same promptly.

**SO ORDERED.**

Date: **March 7, 2024**
   **New York, New York**

                    **VALERIE CAPRONI**
                    **United States District Judge**