April 22, 2024

<u>VIA ECF</u>

The Honorable Valerie E. Caproni
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

     **Re:** *Drew Dixon v. Antonio Marquis "L.A." Reid*, **1:23-cv-09878-VEC**

Dear Judge Caproni:

  The parties in this matter, Plaintiff Drew Dixon and Defendant Antonio Marquis "L.A." Reid, respectfully submit for the Court's consideration proposed versions of the Protective Order. Plaintiff's proposed version is attached as Exhibit A; Defendant's proposed version is attached as Exhibit B. While the parties have had extensive discussion and conferral regarding the areas of dispute, the parties were unable to agree on the bolded language in each proposed version of the Protective Order.

Respectfully submitted,

| | |
|---|---|
| /s/ Kenya K. Davis | /s/ Bobbi C. Sternheim |
| | |
| Kenya K. Davis (NY Bar #4162483) | Bobbi C. Sternheim (NY Bar #1733625) |
| Boies Schiller Flexner LLP | Law Offices of Bobbi C. Sternheim |
| 1401 New York Ave., NW | 225 Broadway – Suite 715 |
| Washington, DC 20005 | New York, NY 10007 |
| (202) 237-9608 | (212) 243-1100 |
| kdavis@bsfllp.com | bcsternheim@mac.com |
| | |
| Sigrid S. McCawley (NY Bar # 6051460) | Shawn Holley (*pro hac vice*) |
| Daniel J. Crispino (*pro hac vice*) | Kate E. Mangels (*pro hac vice*) |
| Boies Schiller Flexner LLP | Suann Caulfield MacIsaac (*pro hac vice*) |
| 401 E. Las Olas Blvd., Suite 1200 | Kinsella Holley Iser Kump Steinsapir LLP |
| (954) 356-0011 | 11766 Wilshire Boulevard, Suite 750 |
| smccawley@bsfllp.com | Los Angeles, CA 90025 |
| dcrispino@bsfllp.com | (310) 566-9822 |
| | sholley@khiks.com |
| | kmangels@khiks.com |
| | smacisaac@khiks.com |
| | |
| *Counsel for Plaintiff Drew Dixon* | *Counsel for Defendant Antonio Marquis "L.A." Reid* |