```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/26/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DREW DIXON,

                        Plaintiff,

    -against-

ANTONIO MARQUIS L.A. REID,

                      Defendant.
-----------------------------------------------------------------X

**ORDER RESCHEDULING SETTLEMENT CONFERENCE**

23-CV-09878 (VEC)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

    The settlement conference in this matter utilizing Microsoft Teams scheduled for Monday, July 29, 2024 at 2:30 p.m. is hereby rescheduled to **Wednesday, August 21, 2024 at 2:00 p.m.** Counsel for the parties will be sent an invitation by Judge Parker's chambers prior to the scheduled conference date.

    **SO ORDERED.**

Dated: July 26, 2024
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge