```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
DREW DIXON,

                                       Plaintiff,

                     -against-

ANTONIO MARQUIS L.A. REID,

                                      Defendant.
-------------------------------------------------------------X

**ORDER**

23-CV-9878 (VEC)

VALERIE CAPRONI, United States District Judge:

    WHEREAS the parties called the Court regarding a discovery dispute on October 10, 2024.

    IT IS HEREBY ORDERED that the parties appear before the Court telephonically on **October 10, 2024** at **3:00 P.M.** All parties must attend by dialing 1-888-363-4749, using the access code 3121171, and the security code 9878. All attendees are advised to mute their phones when not speaking and to self-identify each time they speak. Recording or rebroadcasting the proceeding is strictly prohibited by law.

**SO ORDERED.**

Date: October 10, 2024
       New York, New York

                                                      **VALERIE CAPRONI**
                                                      **United States District Judge**