USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/10/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
DREW DIXON,

                        Plaintiff,

-against-

ANTONIO MARQUIS L.A. REID,

                        Defendant.
------------------------------------------------------------X

ORDER

23-CV-9878 (VEC)

VALERIE CAPRONI, United States District Judge:

    WHEREAS the parties appeared before the Court for a telephonic conference regarding a discovery dispute on October 10, 2024.

    IT IS HEREBY ORDERED that the parties are ordered to produce the following discovery:

- Defendant must either produce the referenced email from Russell Simmons or his assistant to Defendant by October 15, 2024 or make a representation that the email does not exist.

- Defendant must produce the requested text messages by October 18, 2024

- Defendant must produce the drafts of the chapter from his memoir referencing Kanye West by October 18, 2024

- Plaintiff must complete the depositions of Karen Kwak and Dr. Valerie Bryant by no later than November 1, 2024

- Plaintiff must produce the settlement agreement between herself and Russell Simmons by October 11, 2024.

- Plaintiff must produce a draft of her memoir with revised redactions by October 13, 2024.

**SO ORDERED.**

**Date:  October 10, 2024**
     **New York, New York**

_____
         **VALERIE CAPRONI**
      **United States District Judge**