```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
DREW DIXON,                                  :
                                             :     ORDER
                          Plaintiff,         :
                                             :     23-CV-9878 (VEC)
            -against-                        :
                                             :
ANTONIO MARQUIS L.A. REID,                   :
                          Defendant.         :
-------------------------------------------------------------

VALERIE CAPRONI, United States District Judge:

    WHEREAS the parties called the Court regarding a discovery dispute on November 15, 2024.

    IT IS HEREBY ORDERED that the parties appear before the Court telephonically on **November 18, 2024** at **4:00 P.M.** All parties must attend by dialing 1-888-363-4749, using the access code 3121171, and the security code 9878. All attendees are advised to mute their phones when not speaking and to self-identify each time they speak. Recording or rebroadcasting the proceeding is strictly prohibited by law.

**SO ORDERED.**

Date: November 15, 2024
      New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**