UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DREW DIXON,

    Plaintiff,

v.

ANTONIO MARQUIS "L.A." REID,

    Defendant.

_____ /

Case No.: 1:23-cv-09878-JAV

**THIRTEENTH JOINT DISCOVERY STATUS REPORT**

Pursuant to the Court's Civil Case Management Plan and Scheduling Order (Dkt. 21) ("Notice"), counsel for Plaintiff Drew Dixon and Defendant Antonio Marquis "L.A." Reid respectfully submit their thirteenth monthly Joint Discovery Status Report updating the Court on the parties' progress in discovery as of March 3, 2025.

## THIRTEENTH DISCOVERY REPORT

A. **Status of Discovery**

    a. Written Discovery

        i. No additional written discovery requests have been propounded at this time.

    b. Rule 45 Subpoenas

        i. No additional written discovery requests have been propounded at this time.

    c. Discovery Production

        i. Plaintiff's Productions

            1. Besides responding to Defendant's requests for specific documents, Plaintiff's document production is complete.

        ii. Defendant's Productions

            1. Defendant's production is complete, except to the extent that the forensic process being undertaken by the parties (as previously discussed with the Court) uncovers any previously-unproduced, responsive documents.

    d. Depositions

        i. The deposition of Marc Plotkin (Plaintiff Expert) was taken on February 7, 2024.

        ii. The deposition of Dr. Chitra Raghavan (Plaintiff Expert) was rescheduled to March 17, 2025.

    e. Experts

      i. Plaintiff has retained expert witnesses.

      ii. Defendant has not yet retained expert witnesses.

**B. Discovery Issues**

  a. Plaintiff's Position: On February 12, 2025, Defendant's counsel informed Plaintiff's counsel that Kroll, the vendor handling the forensic scan of Defendant's devices, was making progress with the processing of Defendant's devices. The parties are currently finalizing the search terms that will be run on the data from Defendant's devices.

  b. Defendant's Position: Same.

**C. Discovery Orders**

  a. None at this time.

**D. Discovery Motions**

  a. None at this time.

**E. Ongoing Settlement Efforts**

  a. No update.

DATED: March 3, 2025                                         Respectfully submitted,

/s/ Kenya K. Davis                                           /s/ Bobbi C. Sternheim

Kenya K. Davis (NY Bar #4162483)                             Bobbi C. Sternheim
Boies Schiller Flexner LLP                                   Law Offices of Bobbi C. Sternheim
1401 New York Ave., NW                                       225 Broadway – Suite 715
Washington, DC 20005                                         New York, NY 10007
(202) 237-9608                                               (212) 243-1100
kdavis@bsfllp.com                                            bcsternheim@mac.com

Sigrid S. McCawley (NY Bar # 6051460)                        Shawn Holley (*pro hac vice*)

3

Daniel J. Crispino (*pro hac vice*)
Boies Schiller Flexner LLP
401 E. Las Olas Blvd., Suite 1200
Boies Schiller Flexner LLP
(954) 356-0011
Fort Lauderdale, FL 33301
smccawley@bsfllp.com
dcrispino@bsfllp.com

*Counsel for Plaintiff Drew Dixon*

Kate Mangels (*pro hac vice*)
Suann MacIssac (*pro hac vice*)
Kinsella Holley Iser Kump Steinsapir LLP
11766 Wilshire Boulevard, Suite 750
Los Angeles, CA 90025
(310) 566-9822
sholley@khiks.com
kmangels@khiks.com
smacisaac@khiks.com

*Counsel for Defendant Antonio Marquis "L.A." Reid*.

## CERTIFICATE OF SERVICE

I certify that on March 3, 2025, I electronically served *Thirteenth Joint Discovery Status Report* via ECF to all counsel of record.

/s/ Kenya K. Davis
Kenya K. Davis

*Counsel for Plaintiff Drew Dixon*