UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DREW DIXON,

    Plaintiff,

Case No.:   1:23-cv-09878-JAV

v.

ANTONIO MARQUIS "L.A." REID,

    Defendant.

_____ /

**FIFTEENTH JOINT DISCOVERY STATUS REPORT**

Pursuant to the Court's Civil Case Management Plan and Scheduling Order (Dkt. 21) ("Notice"), counsel for Plaintiff Drew Dixon and Defendant Antonio Marquis "L.A." Reid respectfully submit their fifteenth monthly Joint Discovery Status Report updating the Court on the parties' progress in discovery as of May 1, 2025.

**FIFTEENTH DISCOVERY REPORT**

A. **Status of Discovery**

a. The parties refer generally to their April 1, 2025, Fourteenth Joint Discovery Report (Dkt. 98) and April 28, 2025, Joint Status Report (Dkt. 102).

b. The first half of the deposition of Richard Johnson was taken on April 23, 2025.

DATED: May 1, 2025                                                                 Respectfully submitted,

/s/ Kenya K. Davis                                                                    /s/ Bobbi C. Sternheim

Kenya K. Davis (NY Bar #4162483)                                    Bobbi C. Sternheim
Boies Schiller Flexner LLP                                                   Law Offices of Bobbi C. Sternheim
1401 New York Ave., NW                                                   225 Broadway – Suite 715
Washington, DC 20005                                                       New York, NY 10007
(202) 237-9608                                                                     (212) 243-1100
kdavis@bsfllp.com                                                             bcsternheim@mac.com

Sigrid S. McCawley (NY Bar # 6051460)                           Shawn Holley (*pro hac vice*)
Daniel J. Crispino (*pro hac vice*)                                      Kate Mangels (*pro hac vice*)
Boies Schiller Flexner LLP                                                   Suann MacIssac (*pro hac vice*)
401 E. Las Olas Blvd., Suite 1200                                       Kinsella Holley Iser Kump Steinsapir LLP
Boies Schiller Flexner LLP                                                   11766 Wilshire Boulevard, Suite 750
(954) 356-0011                                                                    Los Angeles, CA 90025
Fort Lauderdale, FL 33301                                                  (310) 566-9822
smccawley@bsfllp.com                                                      sholley@khiks.com
dcrispino@bsfllp.com                                                         kmangels@khiks.com
                                                                                              smacisaac@khiks.com

*Counsel for Plaintiff Drew Dixon*                                     *Counsel for Defendant Antonio Marquis
                                                                                              "L.A." Reid*.

## CERTIFICATE OF SERVICE

I certify that on May 1, 2025, I electronically served *Fifteenth Joint Discovery Status Report* via ECF to all counsel of record.

/s/ Kenya K. Davis
Kenya K. Davis

*Counsel for Plaintiff Drew Dixon*