UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
DREW DIXON,

                Plaintiff,

    -against-

ANTONIO MARQUIS "L.A." REID,

                Defendant.
------------------------------------------------------x

23-cv-9878 (JAV)

**NOTICE OF MOTION TO WITHDRAW BOBBI C. STERNHEIM AS COUNSEL OF FOR DEFENDANT ANTONIO MARQUIS "L.A." REID**

**PLEASE TAKE NOTICE** that Bobbi C. Sternheim, Esq. hereby moves before the Honorable Jeannette A. Vargas, of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, for an Order granting her Motion to Withdraw as Counsel of Record for Defendant Antonio Marquis "L.A." Reid; and

**PLEASE TAKE FURTHER NOTICE** that the supporting Declaration of Bobbi C. Sternheim and a proposed Order granting the relief requested are being submitted herewith.

Dated: New York, NY
         May 6, 2025

                                              *Bobbi C. Sternheim*
                                              BOBBI C. STERNHEIM, ESQ.
                                              Law Offices of Bobbi C. Sternheim
                                              225 Broadway – Suite 715
                                              New York, NY 10007
                                              212-243-1100