UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
DREW DIXON,

                Plaintiff,

   -against-

ANTONIO MARQUIS "L.A." REID,

                Defendant.
------------------------------------------------------x

23-cv-9878 (JAV)

**DECLARATION OF BOBBI C. STERNHEIM, ESQ. TO WITHDRAW AS COUNSEL FOR DEFENDANT ANTONIO MARQUIS "L.A." REID**

Pursuant to 28 U.S.C.§ 1746, Bobbi C. Sternheim, Esq. hereby declares as follows:

1. I am a member in good standing of the bar of the State of New York and this Court. I respectfully submit this declaration pursuant to Local Civil Rule 1.4 in support of the accompanying Notice of Motion to Withdraw as Counsel of Record for Defendant Antonio Marquis "L.A." Reid in the above-captioned action.

2. I appeared as counsel of record for Mr. Reid in this action on January 3, 2024.

3. Mr. Reid is also represented in this action by Shawn Holley, Gregory P. Korn, Kate E. Mangels, and Suann MacIsaac of the firm Kinsella Holley Iser Kump Steinsapir LLP.

4. Since Mr. Reid retained me to represent him, it has become clear that he is not able to pay fees for legal services provided to him. A small initial retainer was exhausted more than a year ago, and legal fees keep accruing without further payment.

5. Financial discovery is ongoing, pretrial motions are due this month, and trial is scheduled for September 8, 2025.

6. As an independent practitioner, I cannot afford to continue representation without remuneration.

7. I am not asserting a retaining or charging lien.

2

8.     I request that the Court enter an Order permitting me to withdraw as counsel of record for Mr. Reid in this action.

9.     Because Mr. Reid will continue to be represented by experienced counsel, my withdrawal will not prejudice him nor result in any delay in this case.

10.     I have informed Mr. Reid of my intention to file this motion for withdrawal as counsel; and Mr. Reid has not provided any opposition to my request.

WHEREFORE, I request that the Court enter an Order permitting to withdraw as counsel of record for defendant Antonio Marquis "L.A." Reid in this action.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 6, 2025.

*Bobbi C. Sternheim*
BOBBI C. STERNHEIM