UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------x

DREW DIXON,

                                 23-cv-9878 (JAV)

               Plaintiff,

      -against-                   **[PROPOSED] ORDER**


ANTONIO MARQUIS "L.A." REID,

              Defendant.

-------------------------------------------------------x

### [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW <u>AS COUNSEL OF RECORD</u>

**IT IS HEREBY ORDERED** that the motion to withdraw Bobbi C. Sternheim, Esq.

as counsel of record for Defendant Antonio Marquis "L.A. Reid" in the above-captioned is

GRANTED.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall remove and terminate

Bobbi C. Sternheim from the docket and ECF noticing of this matter.

Dated:

                             _____

                             Honorable Jeannette A. Vargas
                             United States District Judge