**CERTIFICATE OF SERVICE**

Bobbi C. Sternheim, Esq. hereby certifies that a true copy of the foregoing Notice of Motion, Declaration, and Proposed Order were served on:

Defendant Antonio Marquis "L.A." Reid

via the United States Postal Service, postage prepaid, to his residence in California and via email; and to all counsel of record via ECF.

Dated: May 6, 2025

*Bobbi C. Sternheim*
BOBBI C. STERNHEIM, ESQ.