UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DREW DIXON,

    Plaintiff,

v.

ANTONIO MARQUIS "L.A." REID,

    Defendant.

Case No. 1:23-cv-09878-VEC

**NOTICE OF MOTION AND MOTION OF ATTORNEYS SHAWN HOLLEY, GREGORY KORN, SUANN MACISAAC, AND KATE MANGELS TO WITHDRAW AS COUNSEL FOR DEFENDANT ANTONIO MARQUIS "L.A." REID**

    **PLEASE TAKE NOTICE** that attorneys Shawn Holley, Esq., Gregory Korn, Esq., Suann MacIsaac, Esq., and Kate Mangels, Esq., of the firm Kinsella Holley Iser Kump Steinsapir LLP (individually and collectively, "Defendant's Counsel"), hereby move the Court, the Honorable Jeannette A. Vargas presiding, located at Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, for an Order granting this Motion by Defendant's Counsel to withdraw as counsel of record for Defendant Antonio Marquis "L.A." Reid; and

    **PLEASE TAKE FURTHER NOTICE** that the supporting Declarations of Shawn Holley, Gregory Korn, Suann MacIsaac, and Kate Mangels, and a proposed Order granting the relief requested, are being submitted herewith.

DATED:  June 9, 2025						KINSELLA HOLLEY ISER KUMP
								STEINSAPIR LLP

								By: _____
								Shawn Holley
								Attorneys for Defendant Antonio Marquis "L.A."
								Reid

								**KINSELLA HOLLEY ISER KUMP STEINSAPIR LLP**
								Shawn Holley (*pro hac vice*)
								Gregory Korn (*pro hac vice*)
								Suann C. MacIsaac *(pro hac vice)*
								Kate Mangels *(pro hac vice)*
								11766 Wilshire Boulevard, Suite 750
								Los Angeles, CA 90025
								310-566-9822