UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
DREW DIXON, :
:
:
               Plaintiff, :         23-CV-09878 (JAV)
:
       -v- :         SCHEDULING ORDER ON
:         MOTION TO WITHDRAW
ANTONIO MARQUIS L.A. REID, :
:
               Defendant. :
:
-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

On June 9, 2025, attorneys Shawn Holley, Esq., Gregory Korn, Esq., Suann MacIsaac, Esq., and Kate Mangels, Esq., of the firm Kinsella Holley Iser Kump Steinsapir LLP (individually and collectively, "Defendant's Counsel") moved for leave of this Court to withdraw as counsel of record for Defendant Antonio Marquis "L.A." Reid. (ECF No. 132). It is hereby ORDERED that any opposition to counsel's motion shall be filed by **June 23, 2025**.

No later than **June 11, 2025,** Defendant's Counsel shall serve a copy of all motion papers **and** this Order, on Defendant Antonio Marquis "L.A." Reid, by email and Federal Express overnight delivery. Proof of service of this Order shall be filed on the docket no later than two days following service.

    SO ORDERED.

Dated: June 10, 2025
       New York, New York                      _____
                                                    JEANNETTE A. VARGAS
                                                    United States District Judge