## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

DREW DIXON,

                Plaintiff,

v.

ANTONIO MARQUIS "L.A." REID,

                Defendant.

_____/

Case No. 1:23-cv-09878-VEC

**PROOF OF SERVICE**

**KINSELLA HOLLEY ISER KUMP STEINSAPIR LLP**
Shawn Holley (*pro hac vice*)
Gregory Korn (*pro hac vice*)
Suann C. MacIsaac *(pro hac vice)*
Kate Mangels *(pro hac vice)*
11766 Wilshire Boulevard, Suite 750
Los Angeles, CA 90025
310-566-9822
*sholley@khiks.com*
*gkorn@khiks.com*
*smacisaac@khiks.com*
*kmangels@khiks.com*
Attorneys for Defendant Antonio Marquis "L.A."
Reid

**PROOF OF SERVICE**

Candace E. Hoffman hereby certifies that a true copy of the following documents was

served on Defendant Antonio Marquis "L.A." Reid via his email address on June 10, 2025 and

by Federal Express overnight delivery to his California address, also on June 10, 2025:

- Scheduling Order on Motion to Withdraw [Dkt. 134]
- Notice of Motion [Dkt. 132]
- Declaration of Shawn Holley [Dkt. 132-1]
- Declaration of Gregory Korn [Dkt. 132-2]
- Declaration of Suann MacIsaac [Dkt. 132-3]
- Declaration of Kate E. Mangels [Dkt. 132-4]
- Proposed Order [Dkt. 132-5]
- Certificate of Service [Dkt. 132-6]

DATED:  June 11, 2025

_____
CANDACE E. HOFFMAN

30021-00002/906922.1