UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DREW DIXON,

    Plaintiff,

v.

ANTONIO MARQUIS "L.A." REID,

    Defendant.
_____/

Case No.: 1:23-cv-09878-JAV

## DECLARATION OF KENYA DAVIS

I, Kenya Davis, declare, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am an attorney at the law firm of Boies Schiller Flexner LLP, counsel for Plaintiff Drew Dixon in the above-captioned matter. I am an attorney in good standing in the State of New York. I am fully familiar with the facts set forth herein. I submit this declaration in opposition to Defense Counsel's Motion to Withdraw (ECF No. 132).

2. Attached as **Exhibit A** is a true and correct copy of the Forbes article *How Former Apple Music Mastermind Larry Jackson Signed Mariah Carey to His $400 Million Startup* by Jabari Young, dated June 6, 2025.

3. Attached under seal as **Exhibit B** is a true and correct copy of the deposition transcript of Mr. Larry Jackson dated May 21, 2025.

Date: June 22, 2025

Respectfully Submitted,
/s/ Kenya K. Davis

Kenya K. Davis (NY Bar #4162483)
Boies Schiller Flexner LLP
1401 New York Ave., NW
Washington, DC 20005
(202) 237-9608
kdavis@bsfllp.com

1