UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DREW DIXON,

      Plaintiff,

v.

ANTONIO MARQUIS "L.A." REID,

      Defendant.

_____ /

Case No.: 1:23-cv-09878-JAV

## SIXTEENTH JOINT DISCOVERY STATUS REPORT

Pursuant to the Court's Civil Case Management Plan and Scheduling Order (Dkt. 21) ("Notice"), counsel for Plaintiff Drew Dixon and Defendant Antonio Marquis "L.A." Reid respectfully submit their sixteenth monthly Joint Discovery Status Report updating the Court on the parties' progress in discovery as of July 1, 2025.

## SIXTEENTH DISCOVERY REPORT

**A. Status of Discovery**

    a. Plaintiff's Position:

        i. As explained more fully in Plaintiff's Opposition to Defense Counsel's Motion to Withdraw (Dkt. 154, 156), which Plaintiff incorporates by reference herein, the spoliation review of Defendant's devices and financial discovery remain ongoing. The parties are in the process of scheduling another meet and confer regarding the spoliation review and are awaiting a response from Kroll, the discovery vendor. On June 30, 2025, Defendant made a second production of tax returns. However, many of the other documents Plaintiff requested (for example, information on domestic and foreign bank accounts, pay stubs, information on all real property, etc.) remain outstanding.

        ii. Once all the requested financial discovery has been produced, Plaintiff will notice the continued depositions of Defendant's business manager, Richard Johnson; Defendant's business partner, Larry Jackson; and the deposition of Defendant's current accountant, Jeffrey Turner.

    b. Defendant's Position:

        i. Defendant concurs and has nothing further to add to Plaintiff's stated position.

DATED: July 1, 2025                     Respectfully submitted,

/s/ Kenya K. Davis                   /s/ Shawn Holley

Kenya K. Davis                        Shawn Holley (*pro hac vice*)
Boies Schiller Flexner LLP          Kate Mangels (*pro hac vice*)

| | |
|---|---|
| 1401 New York Ave., NW<br>Washington, DC 20005<br>(202) 237-9608<br>kdavis@bsfllp.com<br><br>Sigrid S. McCawley<br>Daniel J. Crispino (*pro hac vice*)<br>Amber S. Stewart (*pro hac vice*)<br>Boies Schiller Flexner LLP<br>401 E. Las Olas Blvd., Suite 1200<br>Fort Lauderdale, FL 33301<br>(954) 356-0011<br>smccawley@bsfllp.com<br>dcrispino@bsfllp.com<br>astewart@bsfllp.com<br><br>*Counsel for Plaintiff Drew Dixon* | Suann MacIssac (*pro hac vice*)<br>Gregory Korn (*pro hac vice*)<br>Kinsella Holley Iser Kump Steinsapir LLP<br>11766 Wilshire Boulevard, Suite 750<br>Los Angeles, CA 90025<br>(310) 566-9822<br>sholley@khiks.com<br>kmangels@khiks.com<br>smacisaac@khiks.com<br>gkorn@khiks.com<br><br>*Counsel for Defendant Antonio Marquis "L.A." Reid* |

## CERTIFICATE OF SERVICE

I certify that on July 1, 2025, I electronically served *Sixteenth Joint Discovery Status Report* via ECF to all counsel of record.

/s/ Kenya K. Davis
Kenya K. Davis

*Counsel for Plaintiff Drew Dixon*