```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
DREW DIXON,                                                       :
                                                                  :
                        Plaintiff,                                :
                                                                  :         23-CV-9878 (JAV)
            -v-                                                   :
                                                                  :         ORDER
ANTONIO MARQUIS "L.A." REID,                                      :
                                                                  :
                        Defendant.                                :
                                                                  :
------------------------------------------------------------------X
```

JEANNETTE A. VARGAS, United States District Judge:

As stated on the record during the conference held on July 7, 2025, upon consideration of Kinsella Holley Iser Kump Steinsapir LLP ("Kinsella Holley")'s motion pursuant to Local Rule 1.4 to withdraw as counsel (ECF No. 132), the Court has determined that Kinsella Holley has demonstrated good cause for withdrawal, specifically the substantial non-payment of attorney's fees and costs, and a failure of the client to cooperate in the representation. *See* New York Rules of Professional Conduct 1.16(c)(5), (7). However, "when considering whether to grant a motion to be relieved as counsel, district courts analyze two factors: the reasons for withdrawal and the impact of the withdrawal on the timing of the proceeding." *Flannigan v. Vulcan Power Group LLC*, No. 09 Civ. 8473, 2023 WL 2986870, at *2 (S.D.N.Y. Apr. 18, 2023) (cleaned up). "Regarding the timing element, courts consider 'whether the prosecution of the suit is likely to be disrupted by the withdrawal of counsel.'" *Flannigan*, 2023 WL 2986870, at *2 (quoting *Whiting v. Lacara*, 187 F.3d 317, 320 (2d Cir. 1999)).

Trial in this case is set to begin on September 8, 2025, a schedule that was agreed to by both parties. The Court previously informed the parties that this would be a firm date.

Accordingly, in order to ensure that the upcoming trial is not unduly disrupted, Kinsella Holley shall remain as Defendant Reid's counsel for a limited time, solely to ensure completion of outstanding discovery (including financial discovery) and the submission of the joint pretrial order due on July 21, 2025. If there are any delays in obtaining outstanding discovery from Defendant, Plaintiff shall promptly notify the Court. All discovery in this case shall be completed no later than **August 11, 2025**.

Upon completion of the aforementioned tasks, Kinsella Holley shall promptly notify the Court, at which time the Court intends to grant Kinsella Holley's Motion to Withdraw. To be clear, Kinsella Holley is not responsible for representing Plaintiff at the Final Pre-Trial Conference on Monday, August 25, 2025, or for submitting any of the other pretrial submissions due under the Scheduling Order (ECF No. 95) or this Court's Individual Rules and Practices in Civil Cases.

Trial will proceed as scheduled, beginning Monday, September 8, 2025. Defendant Reid is on notice that September 8, 2025, is a **FIRM** trial date and will not be moved.

If Defendant Reid does not obtain new counsel prior to August 25, he must appear *pro se* at the Final Pre-Trial Conference scheduled for Monday, August 25, 2025, as well as at the trial scheduled for September 8. If Defendant Reid or new counsel does not appear at the Final Pretrial Conference, Defendant is hereby on notice that the Court may permit Plaintiff to move for a default judgment.

Kinsella Holley is ORDERED to serve a copy of this Order on Defendant Reid and file proof of service on the docket no later than Friday, July 11, 2025.

SO ORDERED.

Dated: July 10, 2025
New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge