UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DREW DIXON,

       Plaintiff,

v.

ANTONIO MARQUIS "L.A." REID,

       Defendant.

_____/

Case No. 1:23-cv-09878-VEC

**PROOF OF SERVICE**

**KINSELLA HOLLEY ISER KUMP STEINSAPIR LLP**
Shawn Holley (*pro hac vice*)
Gregory Korn (*pro hac vice*)
Suann C. MacIsaac *(pro hac vice)*
Kate Mangels *(pro hac vice)*
11766 Wilshire Boulevard, Suite 750
Los Angeles, CA 90025
310-566-9822
*sholley@khiks.com*
*gkorn@khiks.com*
*smacisaac@khiks.com*
*kmangels@khiks.com*
Attorneys for Defendant Antonio Marquis "L.A." Reid

## **PROOF OF SERVICE**

Mary Sanks hereby certifies that a true copy of the following document was served on Defendant Antonio Marquis "L.A." Reid via his email address on July 11, 2025 and by Federal Express overnight delivery to his California address, also on July 11, 2025:

- Court's Order RE Motion to Withdraw as Counsel [Dkt. 172]

DATED: July 11, 2025

*[signature]*
MARY SANKS

30021-00002/910321.1