| | |
|---|---|
| **From:** | Shawn Holley |
| **To:** | Daniel Crispino |
| **Cc:** | BOBBI C STERNHEIM; Gregory P. Korn; Kenya K. Davis; Sigrid McCawley; Amber Stewart; Max J. Hyams; Emily Hiles |
| **Subject:** | Re: Dixon v. Reid - Financial Discovery |
| **Date:** | Thursday, April 10, 2025 6:46:42 PM |

**CAUTION**: External email. Please do not respond to or click on links/attachments unless you recognize the sender.

We are authorized to accept service for Richard Johnson, AMR, and Gamma. Still waiting to hear from Larry Jackson.

Pardon the delay.

Shawn Holley, Esq. (she/her)
Kinsella Holley Iser Kump Steinsapir LLP
11766 Wilshire Boulevard, Suite 750
Los Angeles, California 90025
310.566.9822/direct
310.566.9850/facsimile

Sent from my iPad

On Apr 7, 2025, at 9:23 AM, Daniel Crispino <dcrispino@bsfllp.com> wrote:

**\*\*CAUTION: This email originated from outside of the organization.\*\***

Re-raising our request from last week – do you accept service of Plaintiff's subpoenas to AMR Ventures, Gamma, Larry Jackson, or Richard Johnson?

**Daniel Crispino**
Counsel

**BOIES SCHILLER FLEXNER LLP**

401 E. Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
(m) +1 954 496 0291
dcrispino@bsfllp.com
www.bsfllp.com

---

**From:** Daniel Crispino
**Sent:** Tuesday, April 1, 2025 10:04 PM

**To:** BOBBI C STERNHEIM <bcsternheim@mac.com>; Gregory P. Korn <GKorn@khiks.com>; Shawn Holley <SHolley@khiks.com>
**Cc:** Kenya K. Davis <kdavis@BSFLLP.COM>; Sigrid McCawley <Smccawley@BSFLLP.com>; Amber Stewart <astewart@BSFLLP.COM>; Max J. Hyams <Mhyams@bsfllp.com>; Emily Hiles <EHiles@BSFLLP.COM>
**Subject:** Dixon v. Reid - Financial Discovery

Counsel,

Please see attached Plaintiff's financial discovery requests on Defendant and relevant third-parties.  Please let us know whether you will accept service of the subpoenas to AMR Ventures, Gamma, Larry Jackson, and Richard Johnson.  For Mr. Jackson's and Mr. Johnson's depositions, we can amend the dates/times as needed based on the witnesses' and your team's availability.

Best,
Danny

**Daniel Crispino**
Counsel

**BOIES SCHILLER FLEXNER LLP**
401 E. Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
(m) +1 954 496 0291
dcrispino@bsfllp.com
www.bsfllp.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]