UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DREW DIXON,

      Plaintiff,

v.

ANTONIO MARQUIS "L.A." REID,

      Defendant.

_____/

Case No.:  1:23-cv-09878-VEC

**PUBLIC VERSION**

**DECLARATION OF GREGORY P. KORN, ESQ. IN SUPPORT OF DEFENDANT'S
OPPOSITION TO PLAINTIFF'S MOTIONS IN LIMINE**

## DECLARATION OF GREGORY P. KORN, ESQ.

I, Gregory P. Korn, Esq., declare, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am a member of the law firm Kinsella Holley Iser Kump Steinsapir LLP, attorneys for Defendant Antonio Marquis "L.A." Reid ("Reid") in the above-captioned case. I am fully familiar with the facts set forth herein. I submit this declaration in support of Defendant's Opposition to Plaintiff's Motions in Limine.

2. Attached hereto as **Exhibit 1** is a true and correct copy of an excerpt from a draft memoir titled "THROUGH" by Plaintiff Drew Dixon ("Dixon") with bates-labels DIXON00007480 to DIXON00007482, which was produced by Dixon in this matter.

3. Attached hereto as **Exhibit 2** is a true and correct copy of an excerpt from a transcript of an interview with Dixon bates-labeled DIXON00000865, which was forwarded to Dixon by email on December 18, 2020, and which was produced by Dixon in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 4th day of August, 2025, at Los Angeles, California.

_____
Gregory P. Korn
Attorney for Defendant
Antonio Marquis "L.A." Reid

## CERTIFICATE OF SERVICE

I certify that on August 4, 2025, I electronically served the above document on the following:

Kenya K. Davis
Boies Schiller Flexner LLP
1401 New York Ave., NW
Washington, DC 20005
(202) 237-9608
kdavis@bsfllp.com

Sigrid S. McCawley
Amber S. Stewart
Daniel J. Crispino (*pro hac vice*)
Boies Schiller Flexner LLP
401 E. Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
(954) 356-0011
smccawley@bsfllp.com
astewart@bsfllp.com
dcrispino@bsfllp.com

*Counsel for Plaintiff Drew Dixon*

                                                */s/ Gregory Korn*
                                                Gregory Korn