UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
DREW DIXON, :
:
Plaintiff, :  23-CV-09878 (JAV)
:
-v- :  ORDER
:
ANTONIO MARQUIS "L.A." REID, :
:
Defendant. :
-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

On August 6, 2025, Plaintiff Drew Dixon filed three letter-motions seeking to compel: (1) Richard Johnson to Appear for Deposition; (2) Jeffrey Turner to Appear for Deposition; and (3) AMR Ventures, Inc. to Produce Subpoenaed Documents.  *See* ECF Nos. 200-202.  It is **HEREBY ORDERED** that any opposition to these motions shall be filed by **Tuesday, August 12, 2025**.  Due to the upcoming trial scheduled for this matter, no extensions shall be given.

It is **FURTHER ORDERED** that Plaintiff serve this Order on the individual or entity they seek to compel, and file proof of such service on the docket by **Friday, August 8, 2025**.

SO ORDERED.

Dated: August 7, 2025
       New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge