UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DREW DIXON,

                Plaintiff,

        -v-                                     23-CV-09878 (JAV)

ANTONIO MARQUIS "L.A." REID,                ORDER

                Defendant.
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      On August 6, 2025, Plaintiff filed a motion to compel non-party AMR Ventures, Inc., ("AMR Ventures") to comply with a subpoena (the "Subpoena") served on AMR Ventures on April 1, 2025, that had a return date of April 18, 2025. *See* ECF Nos. 202, 202-2. The Court has reviewed the motion and supporting papers, and finds that the Subpoena was properly signed, had the aforementioned return date, specified the items to be produced, and was properly served on April 1, 2025. Additionally, no objections to the subpoena were served on Plaintiff, and AMR Ventures has not filed an opposition to the motion to compel.

      Accordingly, Plaintiff's motion to compel AMR Ventures to comply with the Subpoena is GRANTED. AMR Ventures shall fully comply with the Subpoena by **August 20, 2025**.

      Plaintiff is directed to (1) serve upon AMR Ventures a copy of this Order by email by TWO DAYS, and (2) to file proof of such service with the Court by **TWO DAYS AFTER SERVICE**.

      **AMR VENTURES IS HEREBY PLACED ON NOTICE THAT failure to comply with any provision of this Order may subject AMR Ventures to a finding of contempt and**

**sanctions for that contempt, including reimbursement of Plaintiff's attorney's fees and costs, the imposition of fines in the amount of $500 per day that AMR Ventures fails to comply with the Order, subject to escalation on further application; incarceration; imposition of further attorney's fees; and such other relies as may be deemed appropriate.**

The Clerk of Court is directed to terminate the motion at ECF No. 202.

SO ORDERED.

Dated: August 13, 2025
New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge