UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                     :
DREW DIXON,                      :

                      Plaintiff,               :

                                                      :        23-CV-09878 (JAV)
               -v-                          :
                                                        :                <u>ORDER</u>
ANTONIO MARQUIS "L.A." REID,           :

                     Defendant.           :
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

        On August 6, 2025, Plaintiff filed a motion to compel the deposition of non-party Jeffrey Turner, Defendant Antonio Marquis "L.A." Reid's current accountant. ECF No. 201. The Court has reviewed the motion and supporting papers, and finds that the Subpoena was properly signed and service upon Mr. Turner's authorized representative was accepted on May 21, 2025. Additionally, no objections to the subpoena were served on Plaintiff, and Turner has not filed an opposition to the motion to compel.

        Accordingly, Plaintiff's motion to compel Turner's deposition is GRANTED. Turner shall make himself available for deposition in accordance with the subpoena by **August 20, 2025**.

        Plaintiff is directed to (1) serve upon Turner a copy of this Order via email by Wednesday, August 13, 2025, and (2) to file proof of such service with the Court no later than TWO DAYS after Turner has been served.

        **JEFFREY TURNER IS HEREBY PLACED ON NOTICE THAT failure to comply with any provision of this Order may subject himself to a finding of contempt and**

2

**sanctions for that contempt, including reimbursement of Plaintiff's attorney's fees and costs, the imposition of fines in the amount of $500 per day that Jeffrey Turner fails to comply with the Order, subject to escalation on further application; incarceration; imposition of further attorney's fees; and such other relies as may be deemed appropriate.**

The Clerk of Court is directed to terminate the motion at ECF No. 201.

SO ORDERED.

Dated: August 13, 2025
New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge