UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
DREW DIXON,                                                       :
                                                                  :
                          Plaintiff,                              :
                                                                  :      23-CV-09878 (JAV)
            -v-                                                   :
                                                                  :      ORDER
ANTONIO MARQUIS "L.A." REID,                                      :
                                                                  :
                          Defendant.                              :
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      On August 6, 2025, Plaintiff filed a motion to compel non-party Richard Johnson ("Johnson") to complete his deposition by August 20, 2025. ECF No. 200. The Court has reviewed the motion and supporting papers, and finds that the Subpoena seeking Johnson's deposition was properly signed and was properly served on April 10, 2025. Additionally, no objections to the subpoena were served on Plaintiff, and Johnson has not filed an opposition to the motion to compel.

      Johnson complied with the subpoena by sitting for a deposition on April 23, 2025, for 2 hours and 42 minutes. At that time, the deposition was left open until responsive records were produced pursuant to subpoenas Plaintiff had served on Defendant. Following receipt of some of those records, Plaintiff sought to schedule the remainder of Johnson's deposition. Johnson has yet to respond to those requests.

      Accordingly, Plaintiff's motion to compel Johnson to complete his deposition is GRANTED. Johnson shall fully comply with this Court's Order by **August 20, 2025**.

      Plaintiff is directed to (1) serve upon Johnson a copy of this Order via email by

Wednesday, August 13, 2025, and (2) to file proof of such service with the Court no later than TWO DAYS after Johnson has been served.

**RICHARD JOHNSON IS HEREBY PLACED ON NOTICE THAT failure to comply with any provision of this Order may subject himself to a finding of contempt and sanctions for that contempt, including reimbursement of Plaintiff's attorney's fees and costs, the imposition of fines in the amount of $500 per day that Richard Johnson fails to comply with the Order, subject to escalation on further application; incarceration; imposition of further attorney's fees; and such other relies as may be deemed appropriate.**

The Clerk of Court is directed to terminate the motion at ECF No. 200.

SO ORDERED.

Dated: August 13, 2025
New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge

2