UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
DREW DIXON,                                                       :
:
:
                Plaintiff,                              :
:      23-CV-09878 (JAV)
    -v-                                                         :
:      <u>ORDER</u>
:
ANTONIO MARQUIS "L.A." REID,                                      :
:
                Defendant.                              :
:
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

    As stated on the record during the teleconference held on August 12, 2025:

- The parties are ordered to file a joint status letter by Tuesday, August 19, 2025, at 12:00 PM EST.
- The parties are ordered to appear for another joint status conference on Tuesday, August 19, 2025, at 4:00 PM EST via Microsoft Teams (Meeting ID: 258 146 683 454 4; Passcode: os3sT2NM).

SO ORDERED.

Dated: August 13, 2025
       New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge