UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Drew Dixon,<br><br>      *Plaintiff,*<br><br>v.<br><br>Antonio "L.A." Reid,<br><br>      *Defendant.* | Case No. 1:23-cv-09878-JAV<br><br>**MOTION FOR ADMISSION**<br>***PRO HAC VICE*** |

Pursuant to Local Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Kelly Ann Waldo, hereby move this Court for an Order granting me admission to practice *pro hac vice* as counsel for Drew Dixon in the above-captioned action.

I am a member in good standing of the bars of the District of Columbia and the State of New York, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony and have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached as Exhibit A the affidavit pursuant to Local Rule 1.3., and as Exhibit B Certificates of Good Standing for each jurisdiction in which I am barred.

Dated: August 14, 2025

                                                        Respectfully Submitted,

                                                        */s/ Kelly Ann Waldo*
                                                        Kelly Ann Waldo
                                                        BOIES SCHILLER FLEXNER LLP
                                                        55 Hudson Yards
                                                        New York, NY 10001
                                                        Telephone: 212.446.2300
                                                        Email: kwaldo@bsfllp.com

                                                        *Counsel for Plaintiff*