UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                              :
DREW DIXON,                                    :

              Plaintiff,          :          23-CV-09878 (JAV)

      -v-                           :          <u>ORDER</u>

ANTONIO MARQUIS "L.A." REID,    :

              Defendant.       :

------------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

On June 9, 2025, attorneys Shawn Holley, Esq., Gregory Korn, Esq., Suann MacIsaac, Esq., and Kate Mangels, Esq., of the firm Kinsella Holley Iser Kump Steinsapir LLP (individually and collectively, "Defendant's Counsel" or "Kinsella Holley") moved for leave of this Court to withdraw as counsel of record for Defendant Antonio Marquis "L.A." Reid. (ECF No. 132). On July 9, 2025, the parties appeared for a hearing on the motion to withdraw. As explained by the Court at the July 9 Hearing, and as further stated in the Court's July 10, 2025 Order (ECF No. 172), Kinsella Holley had demonstrated good cause for withdrawal, but was to remain as "counsel for a limited time, solely to ensure completion of outstanding discovery (including financial discovery) and the submission of the joint pretrial order due on July 21, 2025."

The July 10 Order further ordered that "[u]pon completion of the aforementioned tasks, Kinsella Holley shall promptly notify the Court, at which time the Court intends to grant Kinsella Holley's Motion to Withdraw." ECF No. 172. This Court made clear that "Kinsella Holley is not responsible for representing Plaintiff at the Final Pre-Trial Conference on Monday, August

25, 2025, or for submitting any of the other pretrial submissions due under the Scheduling Order (ECF No. 95) or this Court's Individual Rules and Practices in Civil Cases." *Id.*

On August 19, 2025, the parties submitted a Joint Status Report (ECF No. 231) and appeared for a joint status teleconference with the Court. The Court now **GRANTS** the motion to withdraw, subject to the requirement that counsel serve a copy of this Order on Defendant Reid by **end of day tomorrow, August 20, 2025**, and file proof of such service by **Thursday, August 21, 2025**.

Trial will proceed as scheduled, beginning Monday, September 8, 2025. Defendant Reid is on notice that September 8, 2025, is a FIRM trial date and will not be moved. Defendant Reid is ORDERED to appear at the Final Pre-Trial Conference scheduled for Monday, August 25, 2025, as well as at the trial scheduled for September 8. If Defendant Reid (either personally or through new counsel) does not appear at the Final Pretrial Conference, Defendant is hereby on notice that the Court may permit Plaintiff to move for a default judgment, as well as pursue other potential sanctions.

As new counsel has not yet appeared on behalf of Defendant, Defendant is now deemed to be proceeding *pro se*. **All parties must familiarize themselves with the Court's Individual Rules and Practices in Civil *Pro Se* Cases, which are attached to this Order and available at https://nysd.uscourts.gov/hon-jeannette-vargas.**

*Pro se* parties may not call the Court directly; any questions should be directed to the *Pro Se* Office at (212) 805-0175.

*Pro se* parties are encouraged to consent to electronic service via ECF as it would ensure that the *pro se* party would receive documents in its case promptly by email instead of by regular mail. The consent form, along with instructions on how to fill it out, can be found at

https://www.nysd.uscourts.gov/forms/consent-electronic-service-pro-se-cases. Unless and until a *pro se* party consents to receive electronic service, however, counsel are required to serve that *pro se* party with copies of documents filed with the Court and to file affidavits of such service with the Court thereafter.

If Defendant does not consent to electronic service via ECF, Defendant may submit filings as PDFs by email Pro_Se_Filing@nysd.uscourts.gov. For *pro se* parties who are unable to use email may, Defendant can submit documents by regular mail to the Daniel Patrick Moynihan Courthouse, *Pro Se* Intake Unit, 500 Pearl St., Room 205, New York, NY 10007, or in person at the drop box located at the U.S. Courthouse at 500 Pearl Street. In either case, however, there may be delays before such filings are received and/or docketed.

The Clerk of Court is directed to terminate ECF No. 146 and to terminate Shawn Holley, Esq., Gregory Korn, Esq., Suann MacIsaac, Esq., and Kate Mangels, Esq., of the firm Kinsella Holley Iser Kump Steinsapir LLP as counsel.

SO ORDERED.

Dated: August 19, 2025　　　　　　　　　　　　　　　JEANNETTE A. VARGAS
　　　　　New York, New York　　　　　　　　　　　United States District Judge