UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DREW DIXON,

      Plaintiff,

v.

ANTONIO MARQUIS "L.A." REID,

      Defendant.

_____/

Case No. 1:23-cv-09878-VEC

**PROOF OF SERVICE**

    Shawn Holley hereby certifies that a true copy of the following document was served on Defendant Antonio Marquis "L.A." Reid via email on August 19, 2025:

- August 19, 2025 Court Order (ECF No. 232)

Respectfully Submitted,
**KINSELLA HOLLEY ISER KUMP STEINSAPIR LLP**

_____
Shawn Holley (*pro hac vice*)
Gregory Korn (*pro hac vice*)
Suann C. MacIsaac *(pro hac vice)*
Kate Mangels *(pro hac vice)*
11766 Wilshire Boulevard, Suite 750
Los Angeles, CA 90025
310-566-9822
sholley@khiks.com; gkorn@khiks.com
smacisaac@khiks.com; kmangels@khiks.com
Attorneys for Defendant Antonio Marquis "L.A." Reid