

**Gregory P. Korn**
Direct Dial: (310) 566-9807
Direct Fax: (310) 566-9877
E-Mail: gkorn@khiks.com

August 21, 2025

<u>VIA ECF</u>

The Honorable Jeannette A. Vargas
United States District Cout Judge
Southern District of New York
500 Pearl Street, Room 703
New York, NY 10007

VargasNYSDChambers@nysd.uscourts.gov

    Re:    *Drew Dixon v. Antonio Marquis "L.A." Reid*, 1:23-cv-09878-JAV

To the Court and all parties and attorneys of record:

Below please find the contact information for Defendant Antonio Marquis "L.A." Reid:

2934 North Beverly Glen Circle, No. 443
Los Angeles, CA 90077
323.573.1033
AMR@LAREID.CO

    Respectfully submitted,

    Gregory P. Korn

30021-00002/914243.1