UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DREW DIXON,

       Plaintiff,

v.

ANTONIO MARQUIS "L.A." REID,

       Defendant.

Case No.: 1:23-cv-09878-JAV

**PLAINTIFF PROPOSED VOIR DIRE QUESTIONS**

---

Pursuant to Rule 47(a) of the Federal Rules of Civil Procedure and this Court's Individual Practice R.8.J.i., Plaintiff Drew Dixon,[1] by and through her attorneys, respectfully requests that the following questions be incorporated into the Court's *voir dire* inquiries.[2]

1. Please state your name, age, where you currently live, and the members of your household.

2. What is your current or most recent occupation?

3. What is your highest level of education?

4. Do you have children? If so, are they adults? If they are adults, what do they do for work if they are employed?

5. Have you or anyone close to you ever been accused of something you did not do?

6. Have you or anyone close to you ever been accused of sexual misconduct, including unwanted touching, sexual assault, or sexual harassment?

---

[1] In accordance with the Court's individual rules requiring a joint submission, Plaintiff sent this filing to Defendant for his edits and revisions and did not receive a response. Plaintiff is submitting this filing in anticipation of the pretrial conference.

[2] Plaintiff reserves the right to amend these proposed questions as necessary to conform to pre-trial rulings.

7. Have you or anyone close to you ever been a party to a lawsuit in which you or the person were held liable for damages?

8. Have you heard of Drew Dixon?

9. Have you heard of L.A. Reid?

10. Have you seen or heard anything about this lawsuit or about Ms. Dixon's public allegations?

11. Have you or someone close to you worked in the music, media, or entertainment industries?

12. Would you be skeptical if someone who is accusing another of mistreating them professionally or sexually maintained communication or contact with that person?

13. Do you believe a person who doesn't immediately report harassment is less credible?

14. Do you believe that only extreme physical force or rape "counts" as sexual assault?

15. Is there anyone who believes someone who claims they were raped or sexually assaulted must present physical or medical evidence to prove that the sexual assault in fact occurred?

16. Do you believe that a person who is accusing another of sexual misconduct bears some amount of responsibility for what happened?

17. Would you be skeptical if a person accusing another of sexual misconduct did not seek immediate medical, psychological or other assistance?

18. Do you believe that an employee always has the choice to leave a work situation they feel is harassing or abusive?

19. Do you think it is possible for someone to feel forced into a sexual situation even if there was no extreme physical violence?

20. Do you believe that regret after a sexual encounter means the person was not actually harmed?

21. Do you believe that an employee who claims they were sexually harassed has less credibility if they stay in contact or continue working with the harasser?

22. Do you believe that some women consent to sexual contact to gain professional advantages and then later deny it when things don't go their way?

23. Do you believe that women who later accuse someone of misconduct after a consensual interaction are usually just trying to avoid responsibility for their own choices?

24. Would you be skeptical of a woman who accuses more than one man of harassment or assault over the course of her life or career?

25. Do you believe that people who experience repeated harassment may be exaggerating or seeking attention?

26. Would hearing about childhood abuse be upsetting to the point that it would make it difficult for you to focus on the rest of the case?

27. Do you believe that women sometimes use harassment claims to gain career advantages?

28. Do you believe that false accusations of sexual assault are a widespread problem in our society?

29. Do you think women often raise false accusations of sexual assault against powerful men for publicity, money or other advantages?

30. Do you believe that workers who claim a boss or supervisor was inappropriate often have misinterpreted a comment or action?

31. Have you or anyone close to you ever been involved in a civil lawsuit?

32. Do you believe a person should be required to provide physical evidence of harassment or retaliation to be believed?

33. Do you believe that people who have achieved great success in their careers usually have a higher moral character?

34. What are your main TV, online, newspapers, or social media sources?

35. Have you ever posted publicly about cancel culture or false accusations?

36. Do you have negative views about feminism or gender politics?

37. If you are selected for this jury, can you promise to listen to the evidence, apply the judge's instructions, and decide the case fairly, even if some testimony is difficult to hear?

38. Is there any reason, personal or professional, that would make it hard for you to be fair and impartial to both sides in this case?

39. Have you served on a jury? Civil or criminal? Did the jury reach a verdict? Did you serve as the foreperson?