UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DREW DIXON,

       Plaintiff,                Case No.:    1:23-cv-09878-JAV

v.

ANTONIO MARQUIS "L.A." REID,

       Defendant,            **PLAINTIFF'S PROPOSED VERDICT FORM**[1]

---

### SECTION I: SEXUAL ASSAULT/BATTERY

1. Has Ms. Dixon proven, by a preponderance of the evidence, that Mr. Reid committed a battery?

    YES _____    NO _____

2. Has Ms. Dixon proven, by a preponderance of the evidence, that Mr. Reid engaged in conduct that would constitute:

    a. Forcible Touching?

    YES _____    NO _____

    b. Sexual Abuse

    YES _____    NO _____

3. Was Mr. Reid's conduct willfully or wantonly negligent, reckless, or done with a conscious disregard of the rights of Ms. Dixon, or was so reckless as to amount to such disregard?

    YES _____    NO _____

---

[1] In accordance with the Court's individual rules requiring a joint submission, Plaintiff sent this filing to Defendant for his edits and revisions and did not receive a response. Plaintiff is submitting this filing in anticipation of the pretrial conference.

1

**SECTION II: FALSE IMPRISONMENT**

4. Has Ms. Dixon proven by a preponderance of the evidence that Mr. Reid intended to confine her on either occasion when Ms. Dixon alleges that he assaulted her?

    YES _____    NO _____

5. Was Ms. Dixon conscious of this confinement?

    YES _____    NO _____

6. Did Ms. Dixon consent to this confinement?

    YES _____    NO _____

7. Was Mr. Reid's conduct willfully or wantonly negligent, reckless, or done with a conscious disregard of the rights of Ms. Dixon, or was so reckless as to amount to such disregard?

    YES _____    NO _____

**SECTION III: INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**

8. Has Plaintiff proven by a preponderance of the evidence that Mr. Reid engaged in extreme and outrageous conduct?

    YES _____    NO _____

9. Did Mr. Reid engage in such conduct with the intent to cause, or the disregard of a substantial likelihood of causing Ms. Dixon to experience severe emotional distress?

    YES _____    NO _____

10. Did Ms. Dixon experience severe emotional distress?

    YES _____    NO _____

11. Was that severe emotional distress caused by Mr. Reid's conduct?

    YES _____    NO _____

12. Was Mr. Reid's conduct willfully or wantonly negligent, reckless, or done with a conscious disregard of the rights of Ms. Dixon, or was so reckless as to amount to such disregard?

    YES _____    NO _____

## SECTION IV: GENDER MOTIVATED VIOLENCE ACT

13. Were Reid's acts motivated by Ms. Dixon's gender and/or due at least in part to his animus based on her gender?

    YES \_\_\_\_\_   NO \_\_\_\_\_

14. Was Mr. Reid's conduct willfully or wantonly negligent, reckless, or done with a conscious disregard of the rights of Ms. Dixon, or was so reckless as to amount to such disregard?

    YES \_\_\_\_\_   NO \_\_\_\_\_

## SECTION V: DAMAGES

15. Indicate on the line below how much you award in compensatory, consequential, economic, exemplary, or general damages

    $_____

    [If you answered yes to 4, 8, 13 or 15]


Dated: This \_\_\_\_ day of September, 2025

_____
Signature of Foreperson

3