UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
DREW DIXON, :
:
                     Plaintiff, :       23-CV-09878 (JAV)
:
     -v- :       ORDER
ANTONIO MARQUIS "L.A." REID, :
:
                   Defendant. :
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

On August 25, 2025, the parties appeared for a Final Pretrial Conference. At the Conference, Defendant Reid represented to the Court that he still does not have access to the litigation file pertaining to the above-referenced matter from his former firm, Kinsella Holley Iser Kump Steinsapir LLP.

It is HEREBY ORDERED that by August 28, 2025, Kinsella Holley shall provide to Defendant Reid the litigation file pertaining to this matter, including all deposition transcripts, documents exchanged in discovery, and investigatory materials and interview notes. It is FURTHER ORDERED that Defendant Reid shall serve this Order on Kinsella Holley via email and provide proof of service on the docket within 24 hours after service.

SO ORDERED.

Dated: August 25, 2025
       New York, New York

                                           _____
                                           JEANNETTE A. VARGAS
                                           United States District Judge