UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DREW DIXON,<br><br>    Plaintiff,<br><br>vs.<br><br>ANTONIO MARQUIS "L.A." REID,<br><br>    Defendant. | Case No. 23-cv-9878 (JAV)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that **IMRAN H. ANSARI**, of **AIDALA, BERTUNA & KAMINS, P.C.**, hereby appears as counsel for the Defendant, **ANTONIO MARQUIS "L.A." REID**, in the above-entitled action. Please enter this appearance, and service of all papers in this action should be served upon the undersigned at the office stated below.

Dated: New York, New York
    August 27, 2025

                Yours, etc.

                **AIDALA, BERTUNA, & KAMINS, P.C.**

                By: /s/ Imran H. Ansari
                   Imran H. Ansari, Esq.
                   546 Fifth Avenue, 6th Floor
                   New York, New York 10036
                   (212) 486-0011
                   iansari@aidalalaw.com

                *Counsel for Defendant*

2

## CERTIFICATE OF SERVICE

    I, Imran H. Ansari, certify that on August 27, 2025, a copy of the foregoing was filed electronically and emailed via the Court's CM/ECF electronic noticing system. Parties may access this filing through the Court's CM/ECF System.

/s/Imran H. Ansari
Imran Ansari, Esq.