UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DREW DIXON,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>ANTONIO MARQUIS "L.A." REID,<br><br>　　　　　　　Defendant. | Case No. 23-cv-9878 (JAV)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that **MICHAEL DIBENEDETTO**, of **AIDALA, BERTUNA & KAMINS, P.C.**, hereby appears as counsel for the Defendant, **ANTONIO MARQUIS "L.A." REID**, in the above-entitled action. Please enter this appearance, and service of all papers in this action should be served upon the undersigned at the office stated below.

Dated:　New York, New York
　　　　August 27, 2025

　　　　　　　　　　　　　　　　　　　　Yours, etc.

　　　　　　　　　　　　　　　　　　　　**AIDALA, BERTUNA, & KAMINS, P.C.**

　　　　　　　　　　　　　　　　　　　　By: /s/ Michael DiBenedetto
　　　　　　　　　　　　　　　　　　　　　　Michael DiBenedetto, Esq.
　　　　　　　　　　　　　　　　　　　　　　546 Fifth Avenue, 6th Floor
　　　　　　　　　　　　　　　　　　　　　　New York, New York 10036
　　　　　　　　　　　　　　　　　　　　　　(212) 486-0011
　　　　　　　　　　　　　　　　　　　　　　mdibenedetto@aidalalaw.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

  I, Michael DiBenedetto, certify that on August 27, 2025, a copy of the foregoing was filed electronically and emailed via the Court's CM/ECF electronic noticing system. Parties may access this filing through the Court's CM/ECF System.

               /s/Michael DiBenedetto
               Michael DiBenedetto, Esq.