LAW OFFICES OF

# Aidala, Bertuna & Kamins, P.C.

ARTHUR L. AIDALA*
MARIANNE E. BERTUNA*
HON. BARRY KAMINS (RET.)
HON. JOHN M. LEVENTHAL (RET.)
HON. DAVID L. LEWIS (RET.)
JOHN S. ESPOSITO*
MICHAEL T. JACCARINO
IMRAN H. ANSARI
DIANA FABI SAMSON**
DAVID M. SCHWARTZ*+
ANDREA M. ARRIGO*
MICHAEL F. DIBENEDETTO*
LINO J. DE MASI
ROSARIO BONA
GIOVANNI ORLANDO CONTI
ALEXANDRA JO DEBENEDICTIS

*ALSO ADMITTED IN NEW JERSEY
**ALSO ADMITTED IN CONNECTICUT
+ALSO ADMITTED IN D.C

546 FIFTH AVENUE
NEW YORK, NY 10036
TELEPHONE: (212) 486-0011
FACSIMILE: (917) 261-4832
WWW.AIDALALAW.COM

8118 - 13TH AVENUE
BROOKLYN, NEW YORK 11228
TELEPHONE: (718) 238-9898
FACSIMILE: (718) 921-3292
_____
OF COUNSEL
JOSEPH A. BARATTA
ANTOINETTE LANTERI
WILLIAM R. SANTO
PETER S. THOMAS
LAWRENCE SPASOJEVICH
SIGURD SORENSON
HON. MICHAEL C. FARKAS (RET.)
_____
SENIOR COUNSEL
LOUIS R. AIDALA
JOSEPH P. BARATTA

August 27, 2025

**VIA ECF**
The Honorable Jeannette A. Vargas
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 703
New York, NY 10007
(212) 805-0210
VargasNYSDChambers@nysd.uscourts.gov

Re:     *Drew Dixon v. Antonio Marquis "L.A." Reid*, 1:23-cv-09878-JAV

Dear Judge Vargas:

We are incoming counsel for Defendant Antonio Marquis "L.A." Reid in the above-captioned matter, and we write to apprise the Court of the status of two items.

First, having filed a Notice of Appearance on this date, and familiarized with the issue raised in Court, we have informed counsel for the Plaintiff that we will facilitate the communications that Plaintiff's counsel desires to have with Kroll in the manner that they were handled previously when Kinsella Holley were counsel of record for the Defendant. We will be contacting Kroll to introduce ourselves as newly retained counsel for the Defendant and will coordinate with Plaintiff's counsel shortly thereafter.

Second, regarding the transfer of the litigation file, we have just received an electronic link from prior counsel to a portion of the litigation file in their possession and expect to receive further links shortly.

We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ Imran H. Ansari_____