**Max UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Drew Dixon,

*Plaintiff,*

v.

Antonio "L.A." Reid,

*Defendant.*

Case No. 1:23-cv-09878-JAV

**MOTION FOR ADMISSION**
***PRO HAC VICE***

Pursuant to Local Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Max Hyams, hereby move this Court for an Order granting me admission to practice *pro hac vice* as counsel for Drew Dixon in the above-captioned action.

I am a member in good standing of the bar of the State of New York, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony and have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached as Exhibit A the affidavit pursuant to Local Rule 1.3., and as Exhibit B a Certificate of Good Standing from the Supreme Court of the State of New York.

Dated: September 4, 2025

Respectfully Submitted,

*/s/ Max Hyams*

Max Hyams
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 10001
Telephone: 212.446.2300
Email: mhyams@bsfllp.com

*Counsel for Plaintiff*