UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
DREW DIXON, :
:
Plaintiff, :
: 23-CV-09878 (JAV)
-v- :
: ORDER
ANTONIO MARQUIS "L.A." REID, :
:
Defendant. :
:
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

  On August 25, 2025, the parties appeared for a Pretrial Conference. At the conference, it was represented that Defendant Reid was not in possession of his litigation file from his former counsel, Kinsella, Holley Iser Kump Steinsapir LLP ("Kinsella Holley"). Due to Defendant's lack of access to his litigation file days before the anticipated start of the trial of this matter, which was set to begin on September 8, 2025, the Court adjourned the trial date.

  Accordingly, trial in this matter shall commence on **January 12, 2026,** at 9:00 a.m, in Courtroom 14C, United States Courthouse, 500 Pearl Street, New York New York. This is a firm date. No further adjournments will be permitted.

  The parties are **FURTHER ORDERED** to appear for a Final Pretrial Conference on Friday, December 19, 2025, at 2:30 p.m. in Courtroom 14C, United States Courthouse, 500 Pearl Street, New York New York.

  In accordance with Paragraph 8.J of the Court's Individual Rules and Practices for Civil Cases, by **Monday, December 15, 2025**, Defendant shall file on ECF and submit by email to VargasNYSDChambers@nysd.uscourts.gov Defendant's request to charge, proposed voir dire questions, and proposed verdict form.

  By **December 15, 2025**, the parties shall submit a joint statement summarizing the nature of the case, to be read to potential jurors during jury selection.

  This Court issued an Order directing Kinsella Holley Iser Kump Steinsapir LLP ("Kinsella Holley") to provide Defendant Reid with the litigation file pertaining to this matter. ECF No. 242. According to a letter filed by Defendant Reid's new counsel, Kinsella Holley sent Defendant Reid's new counsel with a link to the litigation file. ECF No. 247. The Court ordered Kinsella Holley to provide *Defendant Reid* – not his new counsel – with the file. Accordingly, Kinsella Holley is **ORDERED** to send directly to Defendant Reid his litigation file pertaining to this matter to the extent it has not previously done so. Kinsella Holley is **FURTHER**

**ORDERED** to submit a letter to the Court confirming that it served the litigation file on Defendant Reid by **September 12, 2025**.

   Plaintiff filed a renewed motion to file for sanctions against Kinsella Holley on August 27, 2025, related to their failure to transmit the litigation file to Defendant Reid. ECF No. 245. It is **ORDERED** that Kinsella Holley shall respond to the motion for sanctions by **September 12, 2025**. Plaintiff is **ORDERED** to serve this Order on Kinsella Holley and file proof of service on the docket by 5:30 PM EST on September 8, 2025.

   Plaintiff shall file a status letter by **September 12, 2025**, with respect to any of its pending motions related to the forensic examination of Defendant's electronic devices or to compel discovery (ECF Nos. 175, 207, and 233), and inform the Court if there remain any live issues for resolution.

   SO ORDERED.

Dated: September 4, 2025
   New York, New York

                  JEANNETTE A. VARGAS
                  United States District Judge