

**Gregory P. Korn**
Direct Dial: (310) 566-9807
Direct Fax: (310) 566-9877
E-Mail: gkorn@khiks.com
File Number: 30021-00002

September 9, 2025

<u>**VIA ECF**</u>

The Honorable Jeannette A. Vargas
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 703
New York, NY 10007 / (212) 805-0210

Re:    *Drew Dixon v. Antonio Marquis "L.A." Reid*, 1:23-cv-09878-JAV

Dear Judge Vargas:

I write in response to the Court's September 4, 2025 Order (Dkt. No. 250) (the "Order"). In compliance with the Order, on September 5, 2025 I emailed Defendant Antonio Marquis "L.A." Reid, copying his new counsel, a "Sharefile" link containing the litigation file for this matter, including pleadings, written discovery, and deposition transcripts. Because the file is maintained electronically by my firm, and because of the amount of data involved, it was necessary and customary to provide the documents using this type of downloadable link. My email explained to Mr. Reid that he could download the documents using the Sharefile link that we provided.

On September 9, 2025, I emailed Mr. Reid, copying his counsel, a separate Dropbox link containing the parties' document productions in this case, which were exported by my firm's vendor, DISCO, from the document review database that we have been using.

Accordingly, the transfer of the litigation file to Mr. Reid is now complete.

Respectfully submitted,

Gregory P. Korn
**KINSELLA HOLLEY ISER KUMP STEINSAPIR LLP**
11766 Wilshire Boulevard, Suite 750
Los Angeles, CA 90025
310-566-9822 / gkorn@khiks.com