```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
DREW DIXON,                                                       :
                                                                  :
                                  Plaintiff,                      :    23-CV-09878 (JAV)
                                                                  :
                -v-                                               :    ORDER
ANTONIO MARQUIS "L.A." REID,                                      :
                                                                  :
                                  Defendant.                      :
                                                                  :
------------------------------------------------------------------X
```

JEANNETTE A. VARGAS, United States District Judge:

On September 4, 2025, this Court ordered Plaintiff to provide a status report "with respect to any of its pending motions related to the forensic examination of Defendant's electronic devices or to compel discovery." ECF No. 250. Plaintiff submitted the requested status report on September 12, 2025. ECF No. 253. In light of Plaintiff's letter, it is HEREBY ORDERED that:

- ECF No. 175 is DENIED, in part, and GRANTED, in part. Plaintiff's request to serve Gamma Media Holdings, LLC ("Gamma") with a trial subpoena that includes document requests is DENIED, as moot. It is FURTHER ORDERD that Plaintiff's request for leave to file discovery sanctions against Defendant is DENIED. Plaintiff's request to depose Defendant for 3 hours regarding his financial records and status is GRANTED.

- ECF No. 207, Plaintiff's motion to compel documents subpoenaed from Gamma is DENIED, as moot. It is FURTHER ORDERD that Plaintiff's request for leave to file sanctions against Defendant is DENIED.

- ECF No. 233 is GRANTED. Defendant shall authorize and arrange for Plaintiff to meet with Kroll no later than September 22, 2025.

2

The Clerk of the Court is directed to terminate ECF Nos. 175, 207, and 233.

SO ORDERED.

Dated: September 17, 2025
New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge