UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DREW DIXON,<br><br>*Plaintiff*,<br><br>v.<br><br>ANTONIO MARQUIS "LA" REID,<br><br>*Defendant*. | Case No. 1:23-cv-09878-JAV |

**PLAINTIFF'S NOTICE OF MOTION TO CONFORM THE PLEADINGS
AND AMEND THE COMPLAINT**

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law in Support of Motion to Conform the Pleadings and Amend the Complaint, and the accompanying Proposed First Amended Complaint, Plaintiff Drew Dixon, by and through her attorneys Boies Schiller Flexner LLP, will move this Court, pursuant to Federal Rules of Civil Procedure 15(a), 15(b), and 16(b), and SDNY Local Rule 15.1, before the Honorable Jeannette A. Vargas, at the United States District Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007, at such date and time the Court sets, for leave to conform the pleadings and to amend the complaint, and for other such relief as the Court deems just and proper.

1

Dated:    October 10, 2025        Respectfully,
           New York, New York

/s/ *Kenya K. Davis*
Kenya K. Davis (NY Bar #4162483)
BOIES SCHILLER FLEXNER LLP
1401 New York Ave, NW
Washington, DC 20005
(202) 237-9608
kdavis@bsfllp.com

Sigrid S. McCawley (NY Bar # 6051460)
Daniel J. Crispino (*pro hac vice*)
Amber Stewart (*pro hac vice*)
BOIES SCHILLER FLEXNER LLP
401 E. Las Olas Blvd., Ste 1200
Fort Lauderdale, FL 33301
(954) 356-0011
smccawley@bsfllp.com
dcrispino@bsfllp.com
astewart@bsfllp.com

Jacqueline Kelly (NY Bar #5005392)
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, 20th Floor
New York, NY 10001
(212) 446-2344
jkelly@bsfllp.com

*Counsel for Plaintiff Drew Dixon*

2