UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DREW DIXON,<br><br>　*Plaintiff*,<br><br>　v.<br><br>ANTONIO MARQUIS "L.A." REID,<br><br>　*Defendant*. | Case No. 1:23-cv-09878-JAV |

### **DECLARATION OF KENYA K. DAVIS**

I, Kenya Davis, declare, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am an attorney at the law firm of Boies Schiller Flexner LLP, counsel for Plaintiff Drew Dixon in the above-captioned matter. I am an attorney in good standing in the State of New York. I am fully familiar with the facts set forth herein. I submit this declaration in support of Plaintiff's Motion for Leave to Conform the Pleadings and Amend the Complaint.

2. Attached as Exhibit A is Plaintiff's Proposed Amended Complaint, followed by a Redline showing the differences between the Original and Amended Complaints

Dated:   October 10, 2025
　　　　New York, New York

Respectfully,

*/s/ Kenya K. Davis*
Kenya K. Davis (NY Bar #4162483)
BOIES SCHILLER FLEXNER LLP
1401 New York Ave, NW
Washington, DC 20005

(202) 237-9608
kdavis@bsfllp.com