UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
DREW DIXON,                                                       :
:
                              Plaintiff,   :   23-CV-09878 (JAV)
:
      -v-                                                         :   **ORDER**
:
ANTONIO MARQUIS "L.A." REID,                                      :
:
                            Defendant.      :
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      Plaintiff has requested permission to file a redacted version of her Memorandum of Law in Opposition to Defense Counsel's Motion to Withdraw (ECF No. 154), and to file Exhibit 2 of the supporting declaration of Kenya K. Davis (ECF No. 155) under seal.  This motion is **GRANTED**.

      Plaintiff has made a sufficient showing that the information that she seeks to seal, testimony from Larry Jackson referencing sensitive business information between Mr. Jackson and other third-parties, qualifies as "confidential business information," including proprietary information about Mr. Jackson's businesses, client data, artist and executive compensation.  *Standard Inv. Chartered, Inc. v. Fin. Indus. Regul. Auth., Ind.*, 347 F. App'x 615, 617 (2d Cir. 2009) (internal quotation marks omitted).  The Court therefore finds that, in this instance, the "interest in protecting confidential business information outweighs the qualified First Amendment presumption of public access."  *Id.* (internal citations and quotation marks omitted).

      The Clerk of Court is directed to terminate ECF No. 153.

      SO ORDERED.

Dated: November 5, 2025
       New York, New York
                                                           JEANNETTE A. VARGAS
                                                          United States District Judge