UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DREW DIXON,

      Plaintiff,

v.

ANTONIO MARQUIS "L.A." REID,

      Defendant.

_____ /

Case No.:   1:23-cv-09878-JAV

**JOINT STATEMENT OF THE CASE**

Pursuant to the Court's September 4, 2025, order (ECF No. 250), counsel for Plaintiff Drew Dixon and Defendant Antonio Marquis "L.A." Reid respectfully submit a joint statement of the case:

Plaintiff Drew Dixon alleges that Defendant Antonio Marquis "L.A." Reid sexually assaulted her when she worked with him at Arista Records. She alleges that on the way to a work retreat in Puerto Rico in January 2001, while on a plane, Defendant digitally penetrated her vulva without her consent, and, again later in 2001, Plaintiff claims that Defendant digitally penetrated Plaintiff's vulva without her consent while both Plaintiff and Defendant were seated in a car.

Plaintiff brings the instant lawsuit under New York's Adult Survivors Act, N.Y. C.P.L.R. § 214-j, and New York City's Victims of Gender-Motivated Violence Protection Law, N.Y.C. Admin. Code § 10-1101, *et seq*. She has brought four discrete claims against Defendant: (1) sexual battery and assault; (2) false imprisonment; (3) intentional infliction of emotional distress; and (4) violation of New York City's Victims of Gender-Motivated Violence Protection Law. Plaintiff

claims that the Defendant's conduct has caused her to incur monetary, emotional and other damages.

The Defendant, Antonio Marquis 'L.A.' Reid, denies all of Plaintiff, Drew Dixon's, allegations regarding alleged sexual assaults in 2001. The Defendant specifically denies the claims of sexual battery and assault, false imprisonment, intentional infliction of emotional distress, and violation of New York City's Gender Motivated Violence as made against him by the Plaintiff. Defendant maintains he never sexually assaulted the Plaintiff, and as such, denies causing her to suffer any monetary, emotional, or other damages.

DATED: December 15, 2025                Respectfully submitted,

/s/ Kenya Davis                         /s/ Imran Ansari

Kenya K. Davis (NY Bar #4162483)        Imran H. Ansari, Esq.
BOIES SCHILLER FLEXNER LLP              Diana Fabi Samson, Esq.
1401 New York Ave., NW                  Michael DiBenedetto, Esq.
Washington, DC 20005                    **AIDALA, BERTUNA & KAMINS, P.C.**
(202) 237-9608                          546 Fifth Avenue, 6th Floor
kdavis@bsfllp.com                       New York, New York 10036
                                        (212) 486-0011
Sigrid S. McCawley (NY Bar #6051460)    iansari@aidalalaw.com
Daniel J. Crispino (*pro hac vice*)     mdibenedetto@aidalalaw.com
Amber S. Stewart (*pro hac vice*)       diana@aidalalaw.com
BOIES SCHILLER FLEXNER LLP
401 E. Las Olas Blvd., Suite 1200       *Attorneys for Defendant Antonio Marquis*
Fort Lauderdale, FL 33301               *"L.A." Reid*
(954) 356-0011
smccawley@bsfllp.com
dcrispino@bsfllp.com
astewart@bsfllp.com

Jacqueline Kelly (NY Bar #5005392)
Max Hyams (NY Bar #6114730)
Kelly Waldo (NY Bar #5982004)
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, 20th Floor
New York, NY 10001
(212) 446-2344
jkelly@bsfllp.com
kwaldo@bsfllp.com
mhyams@bsfllp.com

*Counsel for Plaintiff Drew Dixon*

## CERTIFICATE OF SERVICE

I certify that on December 15, 2025, I electronically served *Joint Statement of the Case* via ECF to all counsel of record.

/s/ Kenya K. Davis
Kenya K. Davis

*Counsel for Plaintiff Drew Dixon*

3