UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
 

DREW DIXON,

                           Plaintiff,

          -v-

ANTONIO MARQUIS "L.A." REID,

                          Defendant.

------------------------------------------------------------------X

23-CV-09878 (JAV)

ORDER

JEANNETTE A. VARGAS, United States District Judge:

      For the reasons stated on the record during the conference held on December 19, 2025, Plaintiff's motion to present testimony via Zoom, ECF No. 292, is GRANTED. As discussed during the conference, however, the parties are strongly encouraged to meet and confer regarding alternate procedural methods to present the trial testimony of this witness.

      Plaintiff's opposition to Defendant's motion pursuant to Federal Rule of Evidence 412, ECF No. 301, is due by **January 6, 2026**.

      The parties may submit letter briefs, no more than five single-space pages in length, addressing any comments or objections with respect to the preliminary jury instructions by **January 5, 2026**.

      The parties shall appear for a Rule 412(c) hearing on **January 8, 2026, at 3:30 PM**, in Courtroom 14C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. At that hearing, Plaintiff shall be provided with an opportunity to be heard *ex parte* on the Rule 412(c) application.

2

The Clerk of Court is directed to terminate ECF No. 292.

SO ORDERED.

Dated: December 23, 2025
      New York, New York

                                              JEANNETTE A. VARGAS
                                              United States District Judge