UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DREW DIXON,

Plaintiff,

-against-

ANTONIO MARQUIS "L.A." REID,

Defendant.

**NOTICE OF APPEARANCE**

Case No.: 1:23-cv-09878-JAV

**PLEASE TAKE NOTICE**, that **ROSARIO BONA**, of **AIDALA, BERTUNA & KAMINS, P.C.**, hereby enters his appearance as counsel for Defendant **ANTONIO MARQUIS "L.A." REID** in the above-entitled action. Please enter this appearance, and service of all papers in this action should be served upon the undersigned at the office stated below.

Dated: New York, New York
       January 7, 2026

Respectfully submitted,

/s/ Rosario Bona
Rosario Bona, Esq.
Aidala, Bertuna & Kamins, P.C.
546 Fifth Avenue, 6th Floor
New York, New York 10036
(212) 486-0011
rbona@aidalalaw.com

*CC: All Counsel of Record via ECF*