# Aidala, Bertuna & Kamins, P.C.

ARTHUR L. AIDALA*
MARIANNE E. BERTUNA*
HON. BARRY KAMINS (RET.)
HON. JOHN M. LEVENTHAL (RET.)
HON. DAVID L. LEWIS (RET.)
JOHN S. ESPOSITO*
MICHAEL T. JACCARINO
IMRAN H. ANSARI
DIANA FABI SAMSON**
DAVID M. SCHWARTZ*+
ANDREA M. ARRIGO*
MICHAEL F. DIBENEDETTO*
LINO J. DE MASI
ROSARIO BONA
GIOVANNI ORLANDO CONTI
ALEXANDRA JO DEBENEDICTIS

*ALSO ADMITTED IN NEW JERSEY
**ALSO ADMITTED IN CONNECTICUT
+ALSO ADMITTED IN D.C

546 FIFTH AVENUE
NEW YORK, NY 10036
TELEPHONE: (212) 486-0011
FACSIMILE: (917) 261-4832
WWW.AIDALALAW.COM

8118 - 13TH AVENUE
BROOKLYN, NEW YORK 11228
TELEPHONE: (718) 238-9898
FACSIMILE: (718) 921-3292
——————————————————

OF COUNSEL
JOSEPH A. BARATTA
ANTOINETTE LANTERI
WILLIAM R. SANTO
PETER S. THOMAS
LAWRENCE SPASOJEVICH
SIGURD SORENSON
HON. MICHAEL C. FARKAS (RET.)
——————————————————

SENIOR COUNSEL
LOUIS R. AIDALA
JOSEPH P. BARATTA

January 8, 2026

<u>**VIA ECF**</u>
The Honorable Jeannette A. Vargas
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 703
New York, NY 10007

      **Re:**    *Drew Dixon v. Antonio Marquis "L.A." Reid*, 1:23-cv-09878-JAV
               **Letter Motion for Leave to File Letter Motion and Exhibits Under Seal**

Dear Judge Vargas:

      In accordance with Section 6 of the S.D.N.Y. Electronic Case Filing Rules and Instructions, Defendant Antonio Marquis "L.A." Reid ("Reid") seeks leave to file under seal Reid's Letter Motion for Reconsideration of Limitation on Evidence Regarding Plaintiff's Prior Allegations of Childhood Sexual Abuse (the "Motion") and the following exhibits annexed thereto:

1.    <u>Exhibit A</u> to the Motion, which is Defendant's Trial Exhibit 61 (Bates DIXON00005900–00005970), an email from Plaintiff to The UPS Store dated August 9, 2019, attaching a 70-page memoir draft titled "THROUGH Book Map Outline";

2.    <u>Exhibit B</u> to the Motion, which is Defendant's Trial Exhibit 71 (Bates DIXON00006561–00006629), an email from Regina Brooks of Serendipity Literary Agency to Plaintiff dated June 1, 2020, attaching a 68-page book proposal titled "THE OTHER SIDE: A Memoir of Survival, Forgiveness and Love";

3.    <u>Exhibit C</u> to the Motion, which is Defendant's Trial Exhibit 72 (Bates DIXON00006922–00006982), an email from Plaintiff to Henry Ferris, an editor at William Morrow, dated December 29, 2020, attaching a 60-page memoir draft titled "MARIGOLD"; and

4.      <u>Exhibit D</u> to the Motion, which is Defendant's Trial Exhibit 75 (Bates DIXON00007199–00007209), an email from Plaintiff to Regina Brooks of Serendipity Literary Agency dated September 29, 2021, attaching a 19-chapter memoir outline.

Exhibits A, B, C, and D are documents which were produced by Plaintiff Drew Dixon ("Plaintiff") in this action and were designated by Plaintiff as "Confidential" under the April 23, 2024 Protective Order entered in this action (ECF 44). The Motion describes and quotes from the documents contained in the above-described Exhibits A–D.

We thank the Court for its attention to this matter and are happy to address any questions that the Court may have regarding same.

Respectfully submitted,

/s/ Imran H. Ansari
Imran H. Ansari, Esq.

*Attorneys for Defendant Antonio Marquis*
*"L.A." Reid*