UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
DREW DIXON, :
:
:
Plaintiff, :
: 23-CV-09878 (JAV)
-v- :
: ORDER
:
ANTONIO MARQUIS "L.A." REID, :
:
Defendant. :
:
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

For the reasons stated on the record during the hearing held on January 9, 2026, the following orders are GRANTED IN PART AND DENIED IN PART:

- Defendant's Motion to Preclude the Expert Report and Testimony of Mark Plotkin, ECF No. 294; and

- Defendant's Motion Pursuant to Federal Rule of Evidence 412, ECF No. 301; and

Separately, for the reasons stated on the record during the hearing held on January 9, 2026, Plaintiff's Motion for an Adverse Inference, ECF No. 304, and Defendant's Motion for Reconsideration, ECF No. 331, is DENIED.

The Clerk of Court is directed to terminate ECF Nos. 294, 301, 304, and 305.

SO ORDERED.

Dated: January 9, 2026
New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge