Kenya K. Davis<br>
Telephone: (202) 237-9608<br>
Email: kdavis@bsfllp.com

January 12, 2026

**VIA ECF**

The Honorable Jeannette A. Vargas
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 703
New York, NY 10007
(212) 805-0210
VargasNYSDChambers@nysd.uscourts.gov

      Re:    *Drew Dixon v. Antonio Marquis "L.A." Reid*, 1:23-cv-09878-JAV —
              **Joint Letter-Motion re: Stipulation of Dismissal**

Dear Judge Vargas:

      We write on behalf of Plaintiff Drew Dixon and Defendant Antonio Marquis "L.A." Reid regarding our joint stipulation of dismissal. Attached hereto as exhibit A is the stipulation of dismissal executed by counsel for both parties. We've also attached as exhibit B a proposed order of dismissal for the Court. We thank the Court for its attention to this matter.

Respectfully submitted,

| /s/ Kenya Davis | /s/ Imran Ansari |
|---|---|
| Kenya K. Davis (NY Bar #4162483) | Imran H. Ansari, Esq. |
| BOIES SCHILLER FLEXNER LLP | Michael DiBenedetto, Esq. |
| 1401 New York Ave., NW | Rosario Bona, Esq. |
| Washington, DC 20005 | Diana Fabi Samson, Esq. |
| (202) 237-9608 | AIDALA, BERTUNA & KAMINS, P.C. |
| kdavis@bsfllp.com | 546 Fifth Avenue, 6th Floor |
|  | New York, New York 10036 |
| Sigrid S. McCawley (NY Bar #6051460) | (212) 486-0011 |
| Daniel J. Crispino (*pro hac vice*) | iansari@aidalalaw.com |
| Amber S. Stewart (*pro hac vice*) | mdibenedetto@aidalalaw.com |
| BOIES SCHILLER FLEXNER LLP | rbona@aidalalaw.com |
| 401 E. Las Olas Blvd., Suite 1200 | diana@aidalalaw.com |
| Fort Lauderdale, FL 33301 |  |
| (954) 356-0011 | *Attorneys for Defendant Antonio Marquis* |
| smccawley@bsfllp.com | *"L.A." Reid* |
| dcrispino@bsfllp.com |  |
| astewart@bsfllp.com |  |

Jacqueline Kelly (NY Bar #5005392)
Max Hyams (NY Bar #6114730)
Kelly Waldo (NY Bar #5982004)
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, 20th Floor
New York, NY 10001
(212) 446-2344
jkelly@bsfllp.com
kwaldo@bsfllp.com
mhyams@bsfllp.com

*Counsel for Plaintiff Drew Dixon*

## CERTIFICATE OF SERVICE

I certify that on January 12, 2026, I electronically served *Joint Letter-Motion re: Stipulation of Dismissal* via ECF to all counsel of record.

/s/ Kenya K. Davis
Kenya K. Davis

*Counsel for Plaintiff Drew Dixon*