UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DREW DIXON,

            Plaintiff,

v.

ANTONIO MARQUIS "L.A." REID,

            Defendant.

Civil Action No. 1:23-cv-09878-JAV

## JOINT STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(ii)

**IT IS HEREBY STIPULATION AND AGREED** by and between the parties, through their undersigned counsel, that Plaintiff Drew Dixon's claims in the above-captioned action have been resolved and shall be voluntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own attorney's fees and costs, subject to the relief sought in Plaintiff's Motion for Sanctions pending at ECF No. 265.

DATED: January 12, 2026

By: _____

Kenya K. Davis (NY Bar #4162483)
BOIES SCHILLER FLEXNER LLP
1401 New York Ave., NW
Washington, DC 20005
(202) 237-9608
kdavis@bsfllp.com

Sigrid S. McCawley (NY Bar #6051460)
Daniel J. Crispino (*pro hac vice*)
Amber S. Stewart (*pro hac vice*)
BOIES SCHILLER FLEXNER LLP
401 E. Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
(954) 356-0011

Respectfully submitted,

By: _____

Imran H. Ansari, Esq.
Michael DiBenedetto, Esq.
Rosario Bona, Esq.
Diana Fabi Samson, Esq.
AIDALA, BERTUNA & KAMINS, P.C.
546 Fifth Avenue, 6th Floor
New York, New York 10036
(212) 486-0011
iansari@aidalalaw.com
mdibenedetto@aidalalaw.com
rbona@aidalalaw.com
diana@aidalalaw.com
*Attorneys for Defendant Antonio Marquis "L.A." Reid*

1

smccawley@bsfllp.com
dcrispino@bsfllp.com
astewart@bsfllp.com

Jacqueline Kelly (NY Bar #5005392)
Max Hyams (NY Bar #6114730)
Kelly Waldo (NY Bar #5982004)
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, 20th Floor
New York, NY 10001
(212) 446-2344
jkelly@bsfllp.com
kwaldo@bsfllp.com
mhyams@bsfllp.com

*Counsel for Plaintiff Drew Dixon*

The Clerk of Court is directed to close this case.

**SO ORDERED:**

*/s/ Jeannette Vargas*
The Honorable Jeannette A. Vargas
United States District Judge
Dated: January 12, 2026

## CERTIFICATE OF SERVICE

I certify that on January 12, 2026, I electronically served *Joint Stipulation of Dismissal* via ECF to all counsel of record.

/s/ Kenya K. Davis
Kenya K. Davis

*Counsel for Plaintiff Drew Dixon*

2