| | |
|---|---|
| **From:** | Matthew R. Lee |
| **To:** | Vargas NYSD Chambers |
| **Cc:** | iansari@aidalalaw.com; kdavis@bsfllp.com |
| **Subject:** | Press application to be heard / to unseal documents in Dixon v. Reid, 1:23-cv-09878 (JAV) |
| **Date:** | Thursday, January 8, 2026 5:56:28 PM |

**CAUTION - EXTERNAL:**

January 8, 2026

By E-mail to Chambers

Hon. Jeannette A. Vargas, United States District Judge
Southern District of New York, 500 Pearl Street, New York, NY 10007

Re: Press application to be heard / to unseal documents in Dixon v. Reid, 1:23-cv-09878 (JAV)

Dear Judge Vargas:

  Inner City Press has been covering the above captioned case including today's adjourned proceeding on pre-trial evidentiary issues. The references today to sealing the courtroom, and that information is available on the docket, has occasioned this request to unseal the recent flurry of sealed filings.

  For example, Docket Number 324 asked for sealing for a response to ECF 314 - claiming that this response is "not a judicial document." Then why was it filed with the court? And even if it contained some exemption portions, shouldn't all segregable portions be in the public docket? See *Lugosch v. Pyramid Co. of Onondaga*, 435 F3d 110 (2d Cir. 2006). This request is directed at, inter alia, Dkt No. 331, 328, 325, 317, 315, 294, 215, 197, 195, 190, 183 & 182 (we'll stop there).

  Inner City Press has had similar letter requests docketed and granted by Judges Furman, Stein, Abrams, Schofield and others in SDNY, DDC and EDNY and does not believe that a motion to intervene should be required. See, *In re Pineapple Antitrust Litig.*, No. 04 MD. 1628 RMB MHD, 2015 WL 5439090, at *1 (S.D.N.Y. Aug. 10, 2015), *Giuffre v. Maxwell*, 325 F. Supp. 3d 428 (S.D.N.Y. 2018) and *Lee v. Greenwood*, 145 F.4th 248, No. 23-7432-cr, 2025 WL 2101302, at *2 (2d Cir. July 28, 2025). In the alternative, the Court can consider this letter a motion, or provide a schedule for such.

   Please docket and act on this request, as soon as possible.

Thank you.

Respectfully submitted,

/s/

Matthew Russell Lee, Inner City Press

cc: iansari@aidalalaw.com, kdavis@bsfllp.com

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution

when opening attachments or clicking on links.