UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                          :

DREW DIXON,                        :

              Plaintiff,     :           23-CV-09878 (JAV)

                         :

      -v-                      :           ORDER

                         :

ANTONIO MARQUIS "L.A." REID,     :

                         :

             Defendant.   :
------------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      Defendant has requested permission to file under seal his Rule 412 motion and supporting documents.  ECF No. 300.  Plaintiff has likewise sought leave to file under seal her opposition brief and supporting papers.  ECF No. 319.  These motions are **GRANTED**.

      Rule 412(c)(2) required that a Rule 412 "motion, related papers, and the record of the hearing must be sealed and remain under seal."  Additionally, under *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006) (citations omitted), Plaintiff's substantial right to privacy outweighs any countervailing interest in public access.

      The Clerk of Court is instructed to terminate ECF Nos. 300 and 319.


      SO ORDERED.

Dated: January 13, 2026
      New York, New York                    _____
                                  JEANNETTE A. VARGAS
                                  United States District Judge