

Kenya K. Davis
Telephone: (202) 237-9608
Email: kdavis@bsfllp.com

January 14, 2026

**VIA ECF**
The Honorable Jeannette A. Vargas
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 703
New York, NY 10007
(212) 805-0210
VargasNYSDChambers@nysd.uscourts.gov

      Re:    *Drew Dixon v. Antonio Marquis "L.A." Reid*, 1:23-cv-09878-JAV —
             Plaintiff's Letter Motion to Clarify Order No. 205

Dear Judge Vargas:

      We are counsel to Plaintiff Drew Dixon ("Plaintiff") and write to seek clarification on the Court's August 7, 2025, Order on the Parties' Motion to Seal their Partial Summary Judgment briefing and exhibits (ECF No. 205) so we can comply with the Court's order to refile certain documents. Plaintiff is confused as to whether the Court granted her request to seal her deposition transcript, filed in its entirety, at ECF No. 143-1. In subsequent sealing orders, the Court has sealed the deposition transcripts of Defendant and third parties that were filed in their entirety (*see, e.g.*, ECF Nos. 278, 283, and 291).

      Plaintiff's deposition transcript was designated as highly confidential because it contains details of sexual assaults committed against Plaintiff and third parties, as well as other confidential information about Plaintiff that do not bear on the litigation. In another sealing order, the Court sealed, among other exhibits, excerpts of Plaintiff's deposition transcript because it was "replete with sensitive and confidential information regarding Plaintiff's medical and psychiatric history, details regarding Plaintiff's sexual history, other personal and confidential details regarding Plaintiff that do not bear on the litigation, and the personal information of a third party witness." ECF No. 289 at 2. Pursuant to *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006) and other Second Circuit precedent, the Court found that "the interests in personal privacy outweigh the limited public interest in access to this information." *Id.* Plaintiff's entire deposition transcript contains more of this sensitive and confidential information, so Plaintiff respectfully requests the Court clarify its August 7, 2025 sealing order to include Plaintiff's deposition transcript filed at ECF No. 143-1, and direct, sexually-explicit quotes from it.

                              Respectfully submitted,

                              /s/ Kenya K. Davis
                              Kenya K. Davis
                              *Counsel for Plaintiff Drew Dixon*